# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of

Case Number: HO-13925

**Plaintiff:**
**United States Securities and Exchange Commission**

vs.

**Defendant:**
**Vuuzle Media Corp.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Richard Marchitto, 77 Fallen Timbers Trail, Rockaway, NJ 07866**.

I, Michael Phelan, do hereby affirm that on the **31st day of January, 2021** at **12:55 pm**, I:

Served Summons & Complaint to Brianna Marchitto as co-resident/daughter of Richard Marchitto at 77 Fallen Timbers Trail, Rockaway, NJ 07866, being of suitable age and discretion to accept service in the absence of Richard Marchitto. Upon information and belief, 77 Fallen Timbers Trail, Rockaway, NJ 07866 is the usual place of abode of Richard Marchitto.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Michael Phelan        Date: 2/1/2021

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2021000602
Ref: 21-ENF-008

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t