# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:21-CV-01226-KSH-CLW

Plaintiff:
**United States Securities and Exchange Commission**

vs.

Defendant:
**Vuuzle Media Corp.; et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Vuuzle Media, Corp., Registered Agent: Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958**.

I, Allison Rich, do hereby affirm that on the **9th day of February, 2021** at **12:35 pm, I:**

Served Summons & Complaint personally to Juliann McNelia as authorized recipient for registered agent of Vuuzle Media, Corp.. Service occurred at Registered Agent: Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.



**Allison Rich**                                          **Date**

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2021001788
Ref: 21-ENF-018

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t