Jay V. Surgent, Esq.-Attorney ID #009631976
WEINER LAW GROUP LLP
629 Parsippany Road
P.O. Box 438
Parsippany, N.J. 07054-0438
Phone: (973) 403-1100
Fax: (973) 403-0010
Email: jsurgent@weiner.law
**Attorneys for Defendant Richard Marchitto**
Our File No.: 23844
1986999_1.docx

Return Date: April 19, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VUUZLE MEDIA CORP., RONALD SHANE FLYNN, and RICHARD MARCHITTO,<br><br>Defendants. | Case No. 2:21-cv-01226 (KSH-CLW)<br><br>CIVIL ACTION<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS TO DEFENDANT RICHARD MARCHITTO |

TO:  Daniel J. Maher, Esq.
     Devon Staren, Esq.
     Attorneys for Plaintiff
     U.S. Securities and Exchange Commission
     100 F Street NE
     Washington, DC  20549
     Attorneys for Plaintiff

     Melissa Ann Alcantara, Esq.
     Dickinson Wright PLLC
     1825 Eye Street, N.W. Suite 900
     Washington, DC  20006
     Attorney for Defendant Vuuzle Media Corp.

**PLEASE TAKE NOTICE** that on April 19, 2021 at 9:00 o'clock in the forenoon, or as soon thereafter as counsel can be heard, the undersigned, attorneys for defendant Richard Marchitto, shall move this Court for an Order granting his motion to dismiss plaintiff's Complaint as to defendant Marchitto.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, defendant Marchitto shall rely on the accompanying Brief.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed herewith and that oral argument is requested.

                                        **WEINER LAW GROUP LLP**
                                        Attorneys for Defendant,
                                        Richard Marchitto

                                        By:  <u>s/ Jay V. Surgent</u>
                                                  Jay V. Surgent

Dated: March 24, 2021