# WEINER LAW GROUP LLP

## ATTORNEYS AT LAW
www.weiner.law

Jay V. Surgent, Esq.  
A Member of the Firm

jsurgent@weiner.law  
Direct Dial: 973-602-3867

April 6, 2021

**Via ECF**
Honorable Cathy L. Waldor, U.S.M.J.
Martin Luther King, Jr. Federal
Building & U.S. Courthouse
50 Walnut Street
Room 4040
Newark, New Jersey 07101

> RE: **U.S. Securities and Exchange Commission v.
> Vuuzle Media Corp., et al.
> Civil Action No. 21-cv-01226
> Our File No.: 23844**

Dear Magistrate Judge Waldor:

    I am lead counsel for defendant Richard Marchitto in this matter, and write to request a brief adjournment of the Initial (Rule 16) Conference scheduled for May 6, 2021. I have a long-scheduled in-person Evidentiary Hearing that day in State v. Brizak (Indictment No. 11-04-00338-I) in Cumberland County before the Honorable Joseph M. Chiarello, J.S.C. on remand from the New Jersey Superior Court-Appellate Division since the Fall of 2019. At least 7 persons are scheduled to appear and testify at the Evidentiary Hearing, which I expect will last no more than 2 days.

    I make this request for a short adjournment pursuant to Paragraph 3 of Your Honor's Civil Case Management Order relating to the Court's Individual Procedure Requirements. I very much appreciate Your Honor's indulgence in this matter.

Respectfully submitted,

WEINER LAW GROUP LLP

By: _____
Jay V. Surgent, Esq.
Executive Director

JVS/mab
cc: Daniel J. Maher, Esq. (via ECF)
     Melissa Ann Alcantara, Esq. (via ECF)
1999999_1.docx