# EXHIBIT 25

**To:** Oumaima Benbounou[obenbounou@vuuzlelive.com]
**From:** Ronnie Shane
**Sent:** 2019-12-29T17:20:23-05:00
**Importance:** Normal
**Subject:** Fwd: EX WORK TO DUBAI FOR HOME FURNISHING
**Received:** 2019-12-29T17:20:23-05:00

RSFPassportCopy.JPG
EmiratesID.JPG
RSF Visa.JPG
RSF ACR.png
Things to ship in Dubai.pdf
image001.gif


---------- Forwarded message ---------
From: **Che Carson** <iamchecarson30@gmail.com>
Date: Wed, Oct 30, 2019 at 6:43 AM
Subject: Re: EX WORK TO DUBAI FOR HOME FURNISHING
To: Marissa Bicodo <marissa@transmodalphil.com>
Cc: Precious Rojales <precious@transmodalphil.com>, Kirk Orale <kirk@transmodalphil.com>, fidel <fidel@transmodalphil.com>, Jenny Letada <jenny@transmodalphil.com>, Aaron Laureta <aaron@transmodalphil.com>, arcel muldong <muldongarcel@yahoo.com>


Hello po Madam Marissa.,
Herewith attached documents you need for our shipping going to Dubai.

Please do note that the attached packing list has no estimated amount yet. I had to double check with Mr. Flynn first.
Thank you.

Regards,

**CHE CARSON**
*Chief Administrative Officer*
*Corporate Secretary*
Philippine Number: +639173922619
California Number: +14242530580
Email Add: ccarson@vuuzlelive.com
Skype: Dayshifttgeg1 (CheyChey)



On Tue, Oct 29, 2019 at 11:26 AM Marissa Bicodo <marissa@transmodalphil.com> wrote:

Dear Richie,

Already have agent accepting to handle custom releasing and delivery in Dubai.

Below from our agent.

Please advise the exact location for delivery here in Dubai and the documents need are the ff;

PASSPORT COPY

ID COPY

VISA COPY

ORIGINAL BL – to follow once departed

PACKING LIST – please prepare list for estimation

INVOICE – advise amount to declare.

Appreciate to provide the above for our agent to provide their charges.

Thank you



**From:** Marissa Bicodo <marissa@transmodalphil.com>
**Sent:** Monday, October 28, 2019 7:26 PM
**To:** 'Che Carson' <iamchecarson30@gmail.com>
**Cc:** 'Precious Rojales' <precious@transmodalphil.com>; 'Kirk Orale' <kirk@transmodalphil.com>; 'fidel' <fidel@transmodalphil.com>; 'Jenny Letada' <jenny@transmodalphil.com>; 'Aaron Laureta' <aaron@transmodalphil.com>
**Subject:** EX WORK TO DUBAI FOR HOME FURNISHING

Dear Ms. Che,

Please refer below our best charges for your reference.

| EX WORK CHARGES | | | |
|---|---|---|---|
| POL | POD | 40DC' / HQ' | REMARKS |
| Manila | Jebel Ali | $ 1,000.00 | 25 days transit time |

| | | |
|---|---|---|
| TERMINAL HANDLING | $ 258.00 | PER 40' |
| DOCS FEE | $ 65.00 | PER BL |
| TELEX FEE | $ 60.00 | PER BL IF REQUIRED |
| SEAL FEE | PHP 150.00 | PER CONTAINER |
| DOCS STAMP | PHP 15.00 | PER BL |
| TRUCKING | PHP 25,000.00 | PER 40' |
| PACKING AND CRATING | PHP 55,000.00 | PER 40' |
| MANPOWER | PHP 5,500.00 | PER 40' |
| CUSTOM PROCESSING | PHP 8,000.00 | PER SHIPMENT |
| ARRASTRE/WHARFAGE | PHP 12,500.00 | AS PER RECEIPT |

Note that our agents in Dubai unable to handle custom releasing for FURNISHING (USED)

Regards



Marissa S. Bicodo
NVOCC / In House Manager
Transmodal International Inc.
Tel No. 527-1414 local 240
Direct line 310-3822
Mobile no. 09778216624
marissa@transmodalphil.com

"Commited to Total Logistics Excellence"

--

**Ronnie Shane**



SEC-DOJ-NX-E-0017830









SEC-DOJ-NX-E-0017832

## Things to ship in Dubai

1. 1 long table and 6 chairs
2. 1 center table
3. 1 sofa and 4 pillows
4. 1 chess board set
5. 1 gong
6. 1 clock table display
7. 4 square identical mirrors
8. 2 big candle holders
9. 1 round chandelier/lights on the floor
10. 1 big wall clock
11. 2 carpet (red and black)
12. 3 studio lights
13. 1 picture frame of 7 cars
14. 2 rectangular mirrors (gold and silver)
15. 1 Ferrari bottle cup display
16. 3 TV's
17. 3 red chair and 5 pillows
18. 2 identical white high chairs
19. 1 big chair (red and black color)
20. 1 small chair (red and black color)
21. 1 Ferrari table
22. 1 gaming chair
23. 2 picture frames of Boss
24. 2 picture portraits
25. 2 identical multi circle mirror
26. 2 circular mirrors
27. 2 square with circle mirror
28. 3 apple display
29. 1 side table lamp
30. 10 car miniature display
31. 1 office cabinet
32. 1 golden pig display
33. 1 chess queen and king candle
34. 1 mini wooden table
35. 2 chandelier w/ fan





**Marissa S. Bicodo**
NVOCC / In House Manager
Transmodal International Inc.
Tel No. 527-1414 local 240
Direct line 310-3622
Mobile no. 09778216624
marissa@transmodalphil.com

"Commited to Total Logistics Excellence"

SEC-DOJ-NX-E-0017835

