UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>   *Plaintiff*,<br><br>  v.<br><br>VUUZLE MEDIA CORP., *et. al.* | Civil Action No. 2:21-cv-01226-KSH-CLW<br><br>Motion Day: October 18, 2021 |

**PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT**

  Pursuant to Federal Rule of Civil Procedure 15(a)(2), Local Civil Rule 15.1(a), and this Court's Scheduling Order entered at ECF Number 38, Plaintiff U.S. Securities and Exchange Commission ("SEC"), through its undersigned counsel, hereby moves this Court for leave to file its first Amended Complaint.

  Based on conduct that the SEC has learned since filing its initial Complaint on January 27, 2021, the SEC seeks to file its first Amended Complaint to: (1) add Vuuzle Media Corp. Limited as a defendant; (2) add Vumu Music LLC as a relief defendant; (3) include new allegations of continuing fraudulent conduct committed by the Defendants (including Vuuzle Media Corp. Limited); and (4) amend the causes of action against Defendant Marchitto.

  The SEC notes that this Motion for Leave to file an Amended Complaint is being filed contemporaneously with a Motion for Preliminary Injunction, which seeks relief against both current Defendants Vuuzle Media Corp., Ronald Shane Flynn, and Richard Marchitto and the proposed new Defendant Vuuzle Media Corp. Limited and the proposed Relief Defendant, Vumu Music LLC.

In support of the SEC's motion, is the proposed Amended Complaint (attached as **Exhibit A**), a redline of the changes between the original complaint and the proposed Amended Complaint (attached as **Exhibit B**), the accompanying Memorandum of Law, and such other and further oral and documentary evidence and legal memoranda that Plaintiffs may present in support of their motion.

This motion is opposed by all Defendants except Defendant Flynn, who has not responded to our requests to meet and confer.

September 15, 2021

*/s/ Devon L. Staren*
Devon L. Staren
Gregory N. Miller
Counsel for Plaintiff
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-5346 (Staren)
starend@sec.gov
(202) 551-4469 (Miller)
millergn@sec.gov

## **CERTIFICATE OF SERVICE**

I certify that on September 15, 2021, I filed the foregoing upon all counsel of record using this Court's ECF system, and upon Defendant Flynn using the email rflynn48@gmail.com.

>  */s/ Devon L. Staren*
>  Devon L. Staren
>  Counsel for Plaintiff
>  U.S. Securities and Exchange Commission