EXHIBIT 4a

# [No Subject]

**From:** Ronald Flynn <rflynn48@gmail.com>
**To:** Joe Bonica <josephbonica@hotmail.com>
**Date:** Wed, 05 Oct 2016 13:56:00 -0400

Hello _____

This is Ronnie Flynn with Bonk Live Streaming how are you today.

Great to hear that. One of our representatives at Bonk ask me to get back with you about an opportunity with our company.

Is that correct?

Well _____ this is an opportunity where you can finally win big with a small investment!

Can I ask you a few questions?

Have you ever heard of Facebook? Did you invest in the company?

How about Google, twitter?

Well had you invested in those company's you would have won big time.

SEC-DOJ-NX-E-0167929

However, times have changed and the newest social media apps to hit the market are called SNAPCHAT, BIGO LIVE, AND LIVE ME.

SNAPCHAT JUST GOT 2 BILLION FROM MORGAN STANLEY AND HAS AN EVEUATION OF 16 BILLION.

BIGO LIVE LAUNCHED 8 MONTHS AGO and has already earned more than 1 billion dollars from selling virtual gift through its social media application.

LIVE ME ONLY A YEAR OLD HAS MADE ABOUT 1.5 billion only all in virtual gifts.

Now you won't be considered to invest in snapchat. Moreover, Bigo live and live me are both private companies with no chance to get in.

All those companies are unique and have great revenue, however if you were to combine Facebook, google, snapchat, Bigo live and live me together they still could not do what our company does.

You see No other social media company in the world has what the BONK LIVE app has or offer!

BOINK LIVE owns the intellectual property for the advertising vehicle and the imbedded programing codes for BONK LIVE!

SEC-DOJ-NX-E-0167930

Bonk live is like mixing up Facebook, google, twitter, snapchat, and injecting it with an overdose of steroids.

Bonk live will launch in November 2016 and is a free application.

So let me tell you what this application does and why its set to make billions of dollars and how you can win by getting involved.

Do you have a pen and paper handy?

Do you happen to have a computer you could get on so I could show you a few things??

Great!

ok, please type into your computer www.boinklive.com I want to show you why everyone is so bullish about our company and why we are tears ahead of the other social media platforms and applications.

SEC-DOJ-NX-E-0167931

# see sales script

| | |
|---|---|
| **From:** | Ronnie Flynn <rflynn48@gmail.com> |
| **To:** | Eunice Ariawan <euniceariawan@yahoo.co.id> |
| **Date:** | Fri, 10 Mar 2017 11:09:04 -0500 |
| **Attachments:** | TEAM ACTION NEW OPENER SCRIPT.docx (13.58 kB) |

SEC-DOJ-NX-E-0167932

TEAM ACTION NEW OPENER SCRIPT


Hi CUSTOMER'S NAME, my name is _____ and somebody from our firm has spoken with you in the past in regards to a investment opportunity, but at that time, you weren't able to focus on something new. Now CUSTOMER NAME, I got to tell you, this is probably one of the biggest opportunities I have across since FACEBOOK.


CUSTOMER NAME, we have a new social media live streaming application that kids from all over the world are begging for. CUSTOMER NAME, the company is 3-4 weeks away from launching our billion dollar application on the google play store and iTunes store, and


I have my Senior VP OF INVESTMENT and he can go through all of this info with you within about 5-10 minutes max. If you hold the line, I guarantee you, it will be well worth it. His name is Mr.(          ) Hold the line for a second!

EXHIBIT 4b

# Re: leads

| **From:** | john lamb <service_user_2000@yahoo.com> |
|-----------|------------------------------------------|
| **To:** | Ronnie Shane <rflynn48@gmail.com>, joelheff@hotmail.com |
| **Date:** | Tue, 09 Apr 2019 14:43:46 -0400 |

Yes Joel if you send us some new sample we will check them out Thank you

John.
On Wednesday, 10 April 2019, 02:27:08 GMT+8, Ronnie Shane <rflynn48@gmail.com> wrote:

John please talk with this gentleman about  leads. Thank you

---------- Forwarded message ---------
From: **joel heffington** <joelheff@hotmail.com>
Date: Tue, Apr 9, 2019 at 10:19 PM
Subject: leads
To: rflynn48@gmail.com <rflynn48@gmail.com>

Good morning Ronnie

I sent you some samples of leads a few months ago that did not work out for you.  I just picked up a couple of real good lists and was checking to see if you might have an interest and would like some samples.

Let me know

Thanks

Joel

SEC-DOJ-NX-E-0159786

# Re: Irads

| | |
|---|---|
| **From:** | john lamb <service_user_2000@yahoo.com> |
| **To:** | Ronnie Shane <rflynn48@gmail.com>, sliwealthadvisors@gmail.com |
| **Date:** | Tue, 16 Jul 2019 20:18:11 -0400 |
| **Attachments:** | Tech laeds Report.xlsx (390.27 kB) |

Results after wash for Tech Leads  Good : 7302 Bad : 7337 Total: 14639

please see attachment for complete report thank you

John.

On Wednesday, 17 July 2019, 04:18:33 GMT+8, Ronnie Shane <rflynn48@gmail.com> wrote:

---------- Forwarded message ---------
From: **Sheridan Linehan** <sliwealthadvisors@gmail.com>
Date: Wed, Jul 17, 2019 at 2:22 AM
Subject: Irads
To: Ronnie Flynn <rflynn48@gmail.com>

--
Sheridan Linehan CEO
SLI Wealth Advisors
949-228-6428

GENERAL DISCLAIMER: Although the information included in this report has been obtained from sources SLI Wealth Advisors, LLC believes to be reliable, we do not guarantee its accuracy. All opinions and estimates included in this report are subject to change without notice.  This report is for informative purposes only and is not intended as an offer or solicitation with respect to the purchase or sale of any security.  The actual results achieved during the projection period may vary from the projections contained herein. This material provides information and/or alternatives we believe to be appropriate for consideration.  The decision whether or not to adopt any strategy or engage in any transaction that, may be contained herein or transmitted herewith is you and/or your company's sole responsibility. No tax advice is, or is intended, in any manner, to be provided by this communication.

CONFIDENTIALITY: The acceptance of this communication and all attachments hereto is acceptance of SLI Weath Advisors, LLC confidentiality policies, designating such communications as containing confidential, proprietary and trade secret information that it owns, portfolio companies own or which its clients own. Such information may not be used or conveyed except for the evaluation of the transaction which is the subject of this communication and may not be used or conveyed with the intent of circumventing SLI Wealth Advisors, LLC portfolio companies or its clients.

--

**Ronnie Shane**

SEC-DOJ-NX-E-0139717

EXHIBIT 4c

# news release for vuuzle

| | |
|---|---|
| **From:** | Ronnie Shane <rflynn48@gmail.com> |
| **To:** | Che Carson <iamchecarson30@gmail.com>, Jenny Permales <pjjenn88@gmail.com>, Armie Galang <agalang@vuuzlelive.com>, Ray Ann Calderon <green_devlin@yahoo.com>, Julia Pashko <jpashko@vuuzlelive.com>, abychyk@vuuzlelive.com |
| **Date:** | Sun, 07 Apr 2019 23:27:00 -0400 |
| **Attachments:** | More Americans than ever are cutting the cord in favor of over.docx (22.29 kB) |

new article to be titled.

Vuuzle TV strategy to win subscribers for OTT live TV is DSP and advertising

Sender notified by
Mailtrack

SEC-DOJ-NX-E-0093518

More Americans than ever are cutting the cord in favor of over-the-top (OTT) video-streaming platforms. The number of cord-cutters in America is now surging. Today 34% of us households are cutting the cord.

This only spells bad news for traditional cable and pay television companies, but it's great news for Vuuzle TV OTT live streaming platform and priority services.

**OTT** – "Over the top (OTT) refers to film and television content provided via a high-speed Internet connection rather than a cable or satellite provider. Viewers who eschew paying for bundled content are often referred to as cord cutters."

Source: https://www.investopedia.com/terms/o/over-top.asp

The structure of Vuuzle live OTT television offers brands an opportunity to further personalize the ad experience and deliver the right creative to the right consumer when they are engaged. Vuuzle Media Corp has built upon our existing Addressable framework, with live dynamic ad insertion, allowing our brand partners to leverage customizable first-party subscriber data in real-time.

In the 1970s, the first cable TV networks began to emerge to the wider U.S. audience. Names like HBO, ESPN, and Nickelodeon offered viewers new and exciting content compared to what we were used to. https://www.ncta.com/cables-story

At the same time, TV advertisers were pushed outside of their comfort zone to learn how to advertise on this new "coax cable" — scrambling to understand new terminology, what new content was available, and best practices for reaching the audiences shifting away from the antenna.

Today, we're seeing a similar shift happening where viewers are "cutting the cord" to stream content over the internet to all of their different devices, including their connected TV'S (CTV).

SEC-DOJ-NX-E-0093519

Advertisers who have been successful in traditional TV now need to expand their expertise to include this new and growing technology. It's no surprise that consumers today are watching video much different than even 5 year ago. As the world has become more mobile, the demand to access video outside of the cable box has millennials and baby boomers viewing content over the mobile phone.

Look at  the video SpotX made called the Evolution of OTT. https://vimeo.com/240716611

SpotX is a privately held global video ad
serving platform. providing digital media owners with a solution that allows them to monetize their content with video advertising across desktop, mobile and connected devices. SpotX's platform features programmatic infrastructure and other monetization tools, including solutions for OTT and out stream video ad units. SpotX connects media owners with brands, agencies, trading desks and DSPs (collectively referred to as demand sources or buyers) to facilitate the sale of video advertising.

How can fast internet change the world

TED and NCTA Partner to ask "How Can Fast Internet Change the World?" https://vimeo.com/196328515

The business of digital advertising has changed massively over the past couple of months. Publishers are trying to increase mobile consumption of their content, up their monetization game and better leverage the opportunity that programmatic brings. Agencies, in turn, are busy restructuring and up-skilling in a bid to better embrace the digital world.

Vuuzle TV is the answer with free digital live television for Publishers and Brands.

SEC-DOJ-NX-E-0093520

Brands that don't participate in digital today, will miss a generation, About 70 per cent of today's internet population comprises millennials (broadly, people who're less than 35 years of age today) including members of Gen-Z (15-18 year old's). What characterizes these young people? They're people who spend a lot of their time online, they prefer brands online, they shop online, technology influences the way they make their choices (for example, they prefer online banking to offline banking), etc. "Around 75 per cent of the (total) time spent on digital is spent by the millennials.

These millennials are making brand choices today that will remain with them over the next two decades. So for brands, it's very important to connect with them in different ways today. Social media, OTT advertising and online retail are some doors through which brands can enter the world of these prized millennials. In fact, many millennials (erroneously) believe that the brands they see online are the only brands that exist in the market today!

In the coming days, ad-supported OTT will take the largest pie of digital advertising... this category is closer to taking away television dollars.

Mobile, as we know, is the device of choice to access internet content, but apps, have not been commensurate with the extent of mobile usage. When it comes to advertising trends so far, mobile web has been greater than mobile app. This trend will play out in reverse in the days ahead, Mobile app advertising will overtake mobile web and desktop advertising... reasons include - increasing storage space on mobile devices, better in-app user experience, engagement time is higher on apps, good connect with DSPs hence better monetization options through programmatic advertising..." At present, the retail (e-commerce)

SEC-DOJ-NX-E-0093521

and entertainment (OTT) categories are better suited to be consumed through apps (as opposed to mobile web), than content categories like news and sports.

The Vuuzle landing page www.vuuzletv.com is the start of a epidemic that will inspire 3 generations to watch Vuuzle TV as our technology extends to all mobile devices and set top boxes being used today.

Subscription-based on-demand OTT platforms like Netflix, and Amazon Prime have risen in popularity over the past couple of years and are fast displacing traditional TV programming as the preferred medium of entertainment. A broadband connection of at least 4 Mbps is an absolute must-have in order to stream video effectively without losing your mind waiting for the video to buffer.

Consumers have a number of options for streaming devices, from game consoles like Microsoft's Xbox One to hybrid DVRs, but the best performance, in a live product review last year, can be found on dedicated streaming devices like the Roku, Apple TV or Amazon Fire TV. These retail between $49 and $99. Google's Chromecast offers added functionality, particularly the ability to "cast" video from, for example, a laptop to a television, and is the lowest-priced streaming device at $35.

Netflix prices are based on its standard plan of $8.99 per month, which allows users to watch on a maximum of two screens at once. Its $11.99 plan allows users to watch on four screens at once and will include 4K/UHD streaming once its test period is complete. However even with all that Vuuzle TV will be free and subscribers get HD television with a merit of other free services.

SEC-DOJ-NX-E-0093522

But cord cutters cannot live by Netflix alone. Other SVOD services are available like Amazon Prime Instant Video ($99 a year) and Hulu Plus ($8 monthly), but those who worry about suffering withdrawal pangs from linear TV and its sweet, sweet commercials have a couple will be looking elsewhere. That is where Vuuzle TV come in as we pack 88 premium  TV network channels as well as VDO for free.

Viewers who want to pick up the local news can stream available news broadcasts from Vuuzle TV's website at www.vuuzletv.com on their mobile phones. There are also free, ad-supported online VOD services available as Vuuzle TV application is on streaming devices like Roku and a number of other set top box devices.

**Versus nice to have**

If local broadcast channels and Netflix streaming aren't enough, Dish Network in February debuted Sling TV. For $20 a month, subscribers get a base package of 16 channels, including ESPN and popular cable networks. Add-on packages are available in $5 per month increments--currently there are three different packages to slap onto a Sling TV subscription, including Kids Extra, News & Info Extra, and Sports Extra--so viewers can pay up to $35 per month for this service. Subscribers also get at least one cable-like perk: they can authenticate on the separate Watch ESPN app using their Sling TV login credentials, giving sports fans a backup source should Sling TV's live stream falter.

The problem with these companies is competing with Vuuzle TV as we give all these services away for free as we earn money through our customized dashboard and DSP platform.

Sling TV's multichannel appeal could have subscribers on the fence between seeing it as a need-to-have and a nice-to-have. "For $35-$45 you could have cable essentials, and Netflix, all in for $50-$60. However do they compete with Vuuzle free TV and live streaming services?

The big hole in Sling TV, however, is there are no local broadcast channels: no ABC, CBS, NBC or PBS stations available on the service at the present time. That means defaulting back to the HD antenna to watch the local news or the new Vuuzle TV is the only answer for OTT Subscribers.

With over-the-top (OTT) content delivery pressing full steam ahead, both in terms of subscribers and the number of OTT providers, common business sense would seem to dictate that prices must go down. Yet in 2019 that is not the case, nor is it likely to be in the near term.

In this space everyone is in a price war trying to sell virtually the same products at the best price. Their profit models are all built on selling subscriptions and this model will never make money as selling a subscriber on your services being better than the next company is too hard to do.

Free TV is the only answer to win in this business and must be done through publishing and programmatic advertising along with display advertising. That is what Vuuzle media Corp has been focused on so we earn money letting other brands and advertisers pay for the subscriptions as we gain the lions share of OTT live services.

The increased number of OTT users will automatically attract advertisers to take advantage of the platform and market their products or services on Vuuzle TV. Thus 2019 is going to witness substantial growth in digital advertising.

According to a report, 49% of Gen Z and 48% of the millennials spend much of their time on online streaming. Advertisers have now a smoother and smarter way to cater to their target audience and earn big. Vuuzle streaming AVoD revenue model is in a win-win situation here as we can make our service completely ad-free by charging more or can simply reduce the price to free when the subscriber opts in agreeing to watch advertisements. This will increase our user base and keep us earning huge revenue from digital advertisers.

2019 is expected to be the year of cloud-based infrastructure for OTT platforms. Along with extensive storage space for online store owners and their users, it will also assist them to instantly launch and scale their services. This again is where Vuuzle TV slams the competition with its new clout nine software that allows subscribers a Rubik cube that lets the subscriber surf visually on the web using cloud services that again works via visual cube advertising.

This service is preparatory to Vuuzle media Corp and its subscribers only. It will be a technology that changes the way we use mobile devices and how we store applications.

For years, many said the key to the success of any OTT business was simply to get enough scale and subscribers to cover the costs of licensing and distributing content.

But even as we have seen with Netflix, scale doesn't get you to profitability when the cost to license/create content is high and the price you can charge the consumer each month is low.

The business of licensing content has to change if any of these companies want to make it long term.

Vuuzle TV figure this out a long time ago as we moved our focus from live streaming to OTT based free services.

With all the non-stop mentions of how popular OTT services are, the one thing no one seems to be talking about is how any of these OTT providers are actually going to make money and become profitable. For years, many said the key to the success of any OTT business was simply to get enough scale and subscribers to cover the costs of licensing and distributing content. But even as we have seen with Netflix (NASDAQ:NFLX), scale doesn't get you to profitability when the cost to license/create content is so high and the price you can charge the consumer each month is so low.

SEC-DOJ-NX-E-0093525

Netflix's subscription rates haven't grown as fast as it needs them to and the company can't raise prices each year the way pay-TV providers do. When content costs go up in the pay-TV world, they pass those costs on to the consumer with higher rates. But when content costs go up for Netflix, Amazon (NASDAQ:AMZN), Hulu, Sling TV, PlayStation Vue, etc., they end up eating those additional costs and rarely raise their monthly rates to consumers. Viewers have become accustomed to OTT packages in the $6-10 range for VOD and it's a sweet spot as we have witnessed. Each time Netflix has raised rates, it has lost subs.

With more competition entering the market, content licensing costs have skyrocketed as more OTT platforms have been bidding up prices. As of last quarter, Netflix has streaming content obligations that total over $13B and its licensing costs have grown by more than 50% from 2010-2015 while its revenue has only grown 26% compounded annually. While breadth and depth of catalog used to be how Netflix promoted its offering in the market, now it has so many competitors that original content is the only way to differentiate the service. Netflix is spending nearly $5B in content licensing/creation costs alone and extrapolating out the numbers simply doesn't work in Netflix's favor. The company could literally run out of cash before the number of subscribers can support the business.

We understand the model and the investors who buy shares with us will see how the cash spent for buying traffic makes Vuuzle TV The next Giant in entertainment.

For more information email Vuuzle media Corp at_____ and find out what we are doing and how you can become an investor partner with Vuuzle TV.

EXHIBIT 4d

# RE: URGENT MEMO!

| | |
|---|---|
| **From:** | Treasury Vuuzle <treasury@vuuzlelive.com> |
| **To:** | Daniel Skulnick <daniel@vuuzlelive.com>, Joseph Bonica <jbonica@vuuzlelive.com>, Joshua Flynn <joshua@vuuzlelive.com>, Christopher Pettit <cp@vuuzlelive.com> |
| **Cc:** | Ronnie Flynn <rflynn48@gmail.com> |
| **Date:** | Fri, 19 Jul 2019 20:37:25 -0400 |
| **Attachments:** | IR'S MEMO.docx (86.58 kB) |



Hello everyone,

Kindly see and read the attached file for your copy and reference.

**Thank you,**


**Zita Camayra**
**Treasury Department Head/Manager**
**Treasury Department**
**+63 927 204 2617- Philippines**
**treasury@vuuzlelive.com**

 **Websites:**
App Website – http://www.vuuzlelive.com
Corporate Website – http://www.vuuzlemediacorp.com
**Download Vuuzle™ App:**

Apple Store – https://itunes.apple.com/us/app/bonklive/id1214865531?mt=8
Google Play – https://play.google.com/store/apps/details?id=com.bonk.android&hl=en
**How to use Vuuzle™ App:**

Youtube – https://www.youtube.com/channel/UCa7DEn5YmJsI82I226DYEZQ
**Get Connected:**

Facebook – https://www.facebook.com/VuuzleLive-481712202325092/
Twitter – https://twitter.com/VuuzleLive
Instagram – https://www.instagram.com/vuuzle.live/

**Vuuzle Media Corporation:**

PHILIPPINES ● USA ● DUBAI ● ROMANIA ● ENGLAND ● GERMANY ● UK ● INDONESIA ● HONGKONG ●

SEC-DOJ-NX-E-0073790

UKRAINE

Toll Free - +1 833 257 3048 / +1 833

Email - updates@vuuzlelive.com / info@vuuzlelive.com /  vuuzlelive.@gmail.com

eFax - 1 (310) 388 3857

# **MEMORANDUM**

DATE        : JULY  19, 2019
TO           : ALL INTERNATIONAL REPRESENTATIVES
FROM       : THE FOUNDER
SUBJECT    : TARDINESS AND ABSENTISM WITH DEDUCTION FROM COMMISSION

Dear Gentlemen,

Despite of all reminders and warnings by the Founder, still it has been observed that you are not reporting to work daily and if it's not late, early out or the worse is absent.

International Representatives should be on top of their Marketing Sales to drive cash, as you know that the Founder is paying all the bills and expenses of the Company including salaries of Employees.  Marketing Sales are reporting to work and doing nothing for the whole day and yet, the Company are still paying all of them.

For this reason, the Founder will be deducting certain amount from your commission for the following violation:

      a.  Absent for 1 day --------------------$200.00 Deduction
      b.  Late for the day or early out  ---- $100.00 Deduction

DEDUCTIONS FOR THIS WEEK TARDINESS AND ABSENTISM:

1.  IR: JOSH  -  2 DAY ABSENT & 3 DAYS LATE /EARLY OUT  ----$700.00
2.  IR DANIEL- 1 DAY ABSENT & 4 DAYS LATE/EARLY OUT-------$600.00
3.  IR: JB    - 1 DAY ABSENT & 4 DAYS LATE/EARLY OUT-------$600.00
4.  IR: CHRIS-  3 DAYS ABSENT & 2 DAYS LATE/EARLY OUT ----$800.00

With strict compliance.

Prepared by:                    Approved by:

Zita Camayra                 Ronald Flynn

SEC-DOJ-NX-E-0073792

EXHIBIT 4e

# Urgent document needs to be signed

| | |
|---|---|
| **From:** | Ronnie Shane <rflynn48@gmail.com> |
| **To:** | Ted Joseph <sta123@aol.com>, Johnny Lamb <service_user_2000@yahoo.com> |
| **Date:** | Mon, 11 Feb 2019 21:01:31 -0500 |
| **Attachments:** | Officers' certificate.docx (16.87 kB) |

John Lamb and Ted. We need to have these documents signed. Ted Please sign and send back to John Lamb at his email at service_user_2000@yahoo.com

SEC-DOJ-NX-E-0049233

## VUUZLE MEDIA CORP.
## OFFICERS' CERTIFICATE

The undersigned, Ted Joseph and John Lamb, respectively, Chief Executive Officer and President of Vuuzle Media Corp., a Delaware corporation (the "**Company**") hereby certify on behalf of the Company that:

1. As of the date of this Officers' Certificate 127,478,116 shares of the Company's common stock have been issued and remain outstanding.

2. Attached hereto as Exhibit A and made a part hereof, is a true, correct and complete list of the stockholders of record entitled to vote at a meeting of the stockholders, showing the address of each stockholders and the number of shares registered in the name of each stockholder, as in effect on the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this Officers' Certificate on behalf of the Company as of this 7th day of February, 2019.

**VUUZLE MEDIA CORP.**

By_____
Name: Ted Joseph
Title: Chief Executive Officer

By_____
Name: John Lamb
Title: President

**The undersigned, President** of the Company, hereby certifies that Ted Joseph, has been duly elected Chief Executive Officer of the Company, by action by unanimous written consent in lieu of the special meeting of the board of directors of the Company, dated November 14th, 2018, and that the signature opposite his name above is his true and genuine signature.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of February of 2019.

**VUUZLE MEDIA CORP.**

By_____
Name: John Lamb
Title: President

SEC-DOJ-NX-E-0049234