EXHIBIT 15

**BONK** MARKETING TRADE & PROMOTIONS INC.

WWW.BOINKLIVE.COM

# DAILY MINUTES OF MEETING

**DATE**          :          November 16, 2018 ( Friday )
**TIME**          :          10:00 PM
**LOCATION**      :          Treasury Office


**MEETING HOSTED BY**     :          MS. ZITA
**TYPE OF MEETING**       :          DAILY MEETING (Sharing of information and
                                     updates from each other)
**MINUTE TAKER**          :          ELAINE ASPIRAS


**PRESENT ATTENDEES:**


**Treasury Dept.**
- Ms. Zita Camayra
- Elaine Aspiras

**Compliance/Allocations/Customer Relations Dept.**
- Francille Tiglao
- Angelica Smith / Raymundo Quiambao
- Danica Portugal
- Ghe Bernardo


**IR's Secretaries**
- Christine Mendoza
- Oria Espacio
- Lyka Balbarino
- Roxy Borinaga

**Boss Secretaries**
- Judy Ann Herrera
- Claudine Lacson
- Angela Pineda

**IT Dept.**
- June David

**Marketing Dept.**
- Apryl Liman
- Joy Garcia

BONK Marketing Trade & Promotions Inc.       /BonkBeLive       /BonkBeLive

3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguita St.  Angeles City Pampanga Philippines 2009
T: 045 286 1817    M: 09177075023    E: hello@bonklive.com    W: www.boinklive.com    APPS: www.bonkbe.live

DOWNLOAD OUR APP!

bonk
be.live
WWW.BONKBE.LIVE

SEC-DOJ-NX-E-0115909

**AGENDA**

**- Daily Updates of employees regarding their tasks & Company updates**

**ATTENDEE'S UPDATES:**

**Ms. Zita Camayra**

- Received the new certificate. (Vuuzle Format)
- Coordinated with Ms. Heather the good file of the certificate. Because the one that she received, was not good.
- Created the certificate of JOSEPH ADAIR and SANTUCCIO RICCIARDI
- Updated the In-House. Added JOSEPH ADAIR
- Still need to coordinate with Dr. Marchitto, regarding JEFFREY MILLS, IRA documents.
- Made an Invoice for Michael Gilburd.

**Sir John Lamb**

- He said TED JOSEPH is the new CEO. An independent artist. With 25 plus years' experience in the industry.

**Ms. Elaine Aspiras**

- Made the daily minutes.
- Double checked all the Treasury Records.
- Updated the IN-HOUSE and IR Monthly Production.
- Coordinated with Ms. Claudine regarding JEFFREY MILLS and JOSEPH ADAIR deals. For their Certificate and Warrant Documents.
- Received the PPM Sub Docs of SANTUCCIO RICCIARDI. New Account of IR Chris. Made his record for the Treasury Dept. reference.
- Updated the MONEY CALLS PRODUCTION
- Endorse the laminating machine to IT Jesel. As per Ms. Jhoie (HR) request.
- Coordinated with the IR Secretaries, regarding the IN-PROCESS Clients of their IRs.
- Made an Endorsement Letter to Ms. Chey, for sending the certificate of JOSEPH ADAIR.
- Took down notes the reloads of Boss Ron.

BONK Marketing Trade & Promotions Inc.     /BonkBeLive     /BonkBeLive

3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguita St. Angeles City Pampanga Philippines 2009
T: 045 286 1817   M: 09177075023   E: hello@bonk.live   W: www.boinklive.com   APPS: www.bonkbe.live

SEC-DOJ-NX-E-0115910

- IT fixed my computer (2x) because of some reason like (lagging after that my screen was plain black and white sometimes, poor network connection, skype is not working properly, especially when I have call.)

### Ms. Apryl Liman

- Assisted the new Mktg. Reps.
- Received the hardcopy of the leads. Forwarded by Sir John.
- Made a new call.
- Explained to Jomart (New Trainee) how to use the Vici dial.
- Talked to Vincent Parungao. Regarding his 3 months' evaluation

### Ms. Joy Garcia

- Had a meeting with her Marketing Team.
- Called missed appointments.
- Posted the In-Process clients of IR DS.
- IR DS, conducted a meeting to all the Marketing Team (Office2)
- Prepare 3 months' evaluation of Vincent Parungao and Rodel Erminio
- Updated the Money Calls Production reports.
- Made a new call for the new campaign.
- Discussed the evaluation of Rodel Erminio.

### Boss' Secretaries (Judy Ann Herrera, Claudine Lacson, Angela Pineda and Roda Madayag)

### Ms. Claudine Lacson

- Called Joseph Adair, regarding his credit card transaction
- Reached John Lanoue, but when I transferred him to Boss Ron, it's VM.
- Made a call.

### Ms. Angela Pineda

- Sent an email to Alton Frazier, regarding to his Additional Investments.
- Tried to call Cled Dorvil, but it's VM 4x.
- Had a done deal client. WAYNE GARKIE $100K @ 2.50 Per Share.
- Called assigned clients, but all are VM.

### Ms. Judy Ann Herrera

- Called Ronald Werba for an update, but his wife answered the call.

BONK Marketing Trade & Promotions Inc.    /BonkBeLive    /BonkBeLive

3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguita St. Angeles City Pampanga Philippines 2009
T: 045 286 1617   M: 09177075023   E: hello@bonk.live   W: www.boinklive.com   APPS: www.bonkbe.live

SEC-DOJ-NX-E-0115911

**BONK** MARKETING TRADE
& PROMOTIONS INC.

WWW.BOINKLIVE.COM

- Called Ronald Frederick for an update, but his secretary answered the call.
- Received an email from Richard Huykman, asking for some updates.
- Received a call from Michael Mc Cusker, asking for some updates.

### Ms. Roda Madayag

- Called the new incoming calls of Boss.
- Called Edvard Torosian and Christopher Fulton and forwarded to Boss Ron.
  Boss explained to them the VuuzleTV and introduce the new CEO Ted Joseph.

### Ms. Lyka Balbarino

- Sent standard emails to IR DS clients.
- Printed out and prepared the appointments of IR DS.
- Sent the PPM Sub Docs of Douglas.
- Downloaded the updated report of compliance.
- Update the New In-Process client of IR DS.
- Updated the tracker of missed appointments of IR DS.
- Forwarded to Ms. Ghe all the In-Process clients of IR DS.

### Ms. Christine Mendoza

- Forwarded the number of Cled Dorvil to IR Chris. As per his request.
- Made a call.
- Sent an email to all the prospect clients of IR Chris
- Updated off the list tracker of IR Chris.
- Sent an email to Alex Creek, for his Additional Investment.

### Ms. Oria Espacio

- Prepared IR JB missed appointments and appointments.
- Sent standard emails to IR JB's clients.
- Made a call to 52 clients of IR JB.
- Received an update from compliance.

### Ms. Roxy Borinaga

- Sent standard email to IR JSF clients.
- Sent new press release to all the In-Process client of IR JSF.
- Update the In-House. Added Joseph Adair.
- Received no update from compliance

BONK Marketing Trade & Promotions Inc.    /BonkBeLive    /BonkBeLive



3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguita St. Angeles City Pampanga Philippines 2009
T: 045 286 1817   M: 09177075023   E: hello@bonk.live   W: www.boinklive.com   APPS: www.bonkbe.live

SEC-DOJ-NX-E-0115912

**Compliance/Allocations/Customer Relations Dept. ( Ghe, Angelica, Danica, Francille)**

- Ms. Ghe had 1 done deal client of IR DS
- Francille, had 14 total number of calls, all are clients of IR Chris. 12 VM, 2 Off the list.
- Angelica, had 14 total number of calls. 7 VM from IR DS, 6 VM from IR JB and 1 callback from IR JB.
- Danica, had 24 total number of calls.


**Mr. June David**

- Fixed the computer of some Marketing Reps.
- Monitoring Vici dial
- Printed out the leads. As per Sir John's request.
- Made a request letter. For Ma'am Zita request.


**Ms. Josephine Castro (HR)**

- Received some concerns of the employees, regarding to their salary.
- Made a memo.
- Checked the attendance of the Nightshift.
- Prepared name tags for the nightshift employees 201 files.
- Received an Incident report from one of the Mktg. Managers, regarding an employee who was caught sleeping during working hours.


**ADJOURNMENT:**

**The meeting was adjourned at exactly 11:10PM.**

BONK Marketing Trade & Promotions Inc.   /BonkBeLive   /BonkBeLive   

3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguita St. Angeles City Pampanga Philippines 2009
T: 045 286 1617   M: 09177075023   E: hello@bonk.live   W: www.boinklive.com   APPS: www.bonkbe.live

SEC-DOJ-NX-E-0115913



SEC-DOJ-NX-E-0115914



# Founder's Executive Secretaries Report:
## July 15, 2019
## Judy Ann Herrera

➤ Zoom meeting with Boss, IR secretaries, Sir John, Models and Treasury

➤ Sent out a newsletter to all shareholders with the subject "See New Update for Shareholders"

➤ Instructed Ms. Rachelle and Ms. Dana to send the newsletter to all shareholders as well.

➤ Advised Ms. Dana to transfer in the allocations office as per boss instructions

➤ Compiled the updated hardcopy portfolio of all shareholders for my reference.

➤ Spoke with Mr. Mark Albini and he said he has been reading all the emails that I am sending and he is available to speak with boss anytime of the day.

SEC-DOJ-NX-E-0048817

➢ Received a bcc email from Mr. Ronald Werba and Ms. Linda Stewart and they said they sent two checks last Friday for $2K and $4K but only the $2K was confirmed to be cleared by Dr. Marchitto. Ms. Zita asked Dr. Marchitto to recheck the envelope that was sent then he confirmed it was there. He will deposit the $4K today.

➢ Received a bcc copy from the treasury with the subject "RE: LINDA STEWART: CONFIRMATION OF CHECK FOR $4,000 TO BE DEPOSITED TODAY!!!"

SEC-DOJ-NX-E-0048818

**BONK** MARKETING TRADE & PROMOTIONS INC.

WWW.BOINKLIVE.COM

# TREASURY DEPT. DAILY REPORT

**DATE**            :            September 03, 2019 (Tuesday)

**AGENDA**

- Daily Updates of the Treasury regarding their tasks & accomplishments for the day.

**ATTENDEE'S UPDATES:**

**Ma'am Zita Camayra**

- Received the Company phone from the security guard on duty
- Go to zoom meeting for daily Attendance, Boss is online for a while only.
- Receive d cash from the accounting Dept. for the payment of food allowance for September 03, 2019 budget, amounting to Php 4,000.00
- Received the access card from the dayshift (Ms. Che Carson) to be used for the night shift in case needed.
- Coordinated with Ms. Joena and check the number of present employees for today for the food meals allowance.  61 Present and 2 absent for the record
- Forwarded to Ms. Judy the copy of call tracker report for the period August 15-29, upon her request. Upon checking, there are two days without payment in her tracker as I have missed to input the amount. NOTE: To be paid next cut-off.
- Received update from Dr. Marchitto. Check from Mr. Narigon dated August 31, 2019 has been cleared.
- Instructed my secretary to send out email of confirmation to Mr. Narigon
- Updated the Shareholder's Summary of Investments by adding Garry Nolan amount Invested $112,500, Voided all his shares certificate and combine in and issued certificate for 400,000 Shares the same with Warrants. Also added Mr. Jeff Crechriou for two transactions: 1. $10,000 @ $5.00 per share for 5,000 Shares   2. $5,000 @ $5.00 per share for 1,000 Shares (New Account by IR: Josh)
- Received email from Dr. Marchitto with attached signed Sub Docs of Mr. Jeffrey Crechriou. Printed it out and handed to my secretary for filing and future reference.

BONK Marketing Trade & Promotions Inc.      /BonkBeLive      /BonkBeLive



3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguito St.  Angeles City Pampanga Philippines 2009
T: 045 286 1617     M: 09177075023     E: hello@bonk.live     W: www.boinklive.com     APPS: www.bonkbe.live

- Created an excel file for the full details of Investment of Mr. Gary Nolan to be sent to him to show the what he got and the way he wants for his shares.
- Attend Ms. Kimberly queries about the status of Mr. Alvin Pryor's funds as he said he is sending last Friday. But, as per Dr. Marchitto nothing came in from Pryor today. For the record
- FYI- The food was delivered at 3:30 AM already and still not ready to distribute as they brought the whole container of tupper ware and scoop one by one. I advised them to deliver the food on time as we only have 1-hour break time. Furthermore, I told them to make sure to pack the meals individually so it's easy to distribute to employees.
- Received email from Mr. John Dotson with attached signed Warrants Documents. Printed it out for Treasury filing and future reference
- Coordinated with my secretary regarding deals of Mr. Narigon for his new additional Investment.
- Created and printed out certificate to Mr. Narigon for 2,000 Shares with Warrants Documents at the same price as per agreed of Boss Ron to him. Handed out to my secretary for the President's signature
- Posting and updating my Treasury Book for the latest issued certificate to Mr. Narigon for 2,000 Shares
- Had a confirmation from Boss Ron regarding the value per share of Mr. Gary Nolan's Warrants at $1.00 per share.
- Sent an email to Mr. Nolan with attached Investment details. Bcc copied: Boss Ron, IR: Josh, Ms. Roxy and Ms. Kimberly (Secretary)
- Sent email to Ms. Jenny, Ms. Marjorie and Ms. Gladys with attached updated Shareholder's Summary as of September 03, 2019 for her copy and reference.
- Upon receipt of my email IR: Josh corrected the value per share in Mr. Gary Nolan's Warrants. Instead of $1.00 per share, Josh said I will make it $2.50m per share.  Resent the email to Mr. Nolan with corrected computation.
- Received instruction from the V.P. of Sales to make a memo to all IR's regarding work schedule and must be in the office from 12:00 Mid Night to 8:00 AM. Monday to Friday.
- Created a memo and forwarded it to Josh and Sir John for signature.
- Received a call from Boss Ron, to create a certificate to Mr. Sebastian Udin for 544,000 Shares as services to the Company (Gifted Shares from Boss Ron)
- Posted and updated my Treasury Book for the latest issued certificate to Mr. Udin for 544,00 SHARES and send to his address in Sweden upon Instruction of Boss Ron.

BONK Marketing Trade & Promotions Inc.   /BonkBeLive  /BonkBeLive

3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguita St.  Angeles City Pampanga Philippines 2009
T: 045 286 1617    M: 09177075023    E: hello@bonk.live    W: www.boinklive.com    APPS: www.bonkbe.live

DOWNLOAD OUR APP!


**BONK** MARKETING TRADE & PROMOTIONS INC.

WWW.BOINKLIVE.COM

- Printed out the paperworks of Mr. Sebastian Udin for his portfolio filing purposes
- I have left the (cash) changed of food allowance together with the receipts amounting to Php 940.00 to be returned to Ms. Jenny (Accounting)
- Do my daily accomplishment report
- Endorsed the Company phone to the security guard on Duty for the Dayshift

**Ms. Elaine Aspiras**

- Double checked our corporate Gmail account and my skype account for some updates.
- Zoom with Boss Ron for our daily attendance only.
- Took all the qualified money call forms both offices for updating the Money Calls Production 2019.
- Filed the documents of the following to their designated folder for the Treasury Dept. reference.
  *Frederick Thornton and Travis McNeil.
  *Charles Hansen
  *Ann Davis
  *Jeffrey Meisner
  *Winston Cristanchio (c/o Ronald Werba)
  *Yolanda Jordan
- Sir Josh called me to discuss the "board of excuses" he told me to put the name of IR CP and his excuse for today.
- Took all the qualified money call forms. For my update and records.
- Double checked the in-houses records of Sir John as per his request.
- Posted an update to out "IN-HOUSE" and "TEAM SECRETARIES" group chat.
- Updated the records of in-house (new accounts) for the month of January-August 2019. STATUS: Not yet done.
- Forwarded the shareholders file of Gary Nolan to Ma'am Zita as per her request.
- Coordinated with all the secretaries of Boss Ron for some updated of their clients.
- Added the 2 new secretaries of Boss Ron to our group chat updates. Discussed to them the proper coordination of information of their clients.
- Coordinated with Ms. Angela, regarding Donald Narigon certificate and Michael Alan Ringen status.
- Coordinated with Ms. Joena, regarding to my SSS benefits.
- Made the "board of excuses" as per Sir John instructions. Took photo of the board and sent it to the VMC worldwide.
- Received update from Ms. Angela, regarding Donald Narigon certificate,

BONK Marketing Trade & Promotions Inc.    /BonkBeLive    /BonkBeLive



3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguita St.  Angeles City Pampanga Philippines 2009
T: 045 286 1617    M: 09177075023    E: hello@bonk.live    W: www.boinklive.com    APPS: www.bonkbe.live

WWW.BOINKLIVE.COM

- Received the certificate and warrant documents of the following prepared by Ma'am Zita.
  *Jeffrey Crechriou
  *Gary Nolan
  *Donald Narigon
- Had Sir John signed all the documents for sending today via FedEx.
- Received email from Brake Brockhaus with attached file of John Dotson warrant documents.
- Printed out the warrant documents and filed to the designated folder.
- Prepared the endorsement letter for sending via FedEx.
- Coordinated with the IR Secretaries regarding to their pendings. STATUS: Still VM.
- Received the memo from the IR and the certificate of Sebastian Udin prepared by Ma'am Zita.
- Had Sir John and all the IRs signed the memo.
- Prepared the Treasury Dept. daily report and sent it to 4 participants.

BONK Marketing Trade & Promotions Inc.   /BonkBeLive   /BonkBeLive

3rd Floor VL Plaza Building Fil-Am Friendship Hi-Way Corner Sampaguita St.  Angeles City Pampanga Philippines 2009
T: 045 286 1617   M: 09177075023   E: hello@bonk.live   W: www.boinklive.com   APPS: www.bonkbe.live

DOWNLOAD OUR APP!
bonk
be.live
WWW.BONKBE.LIVE



**Vuuzle Media Corp FZE LLC**

# DAILY ACCOMPLISHMENT REPORT

## PRINCESS ALMA BAUTISTA

- COMPILING ALL THE LIST OF THE BRANDING EMAILS IN GOOGLE SPREADSHEET WHILE SENDING THE LETTER ON EACH EMAIL.

  - ❖ https://docs.google.com/spreadsheets/d/1fVsopP7zTTAojLfCV 1haq_ByUpZayDvAwm1UEkmwZcc/edit#gi d=0

- UPDATED MY SPREADSHEET (ADDED NEW LIST AND ADD SOME REMARKS.
- SENT AN EMAIL TO CLIENTS FOR CHRISTMAS AND NEW YEAR.
- COORDINATED WITH MS. NENITA, ERICA, JANET AND ANGELA ABOUT THE NEEDED CLIENTS TO BE CALLED
- Send the update of the branding emails to Ms. Natasha Rainey.

- **UPDATES:**

  - ❖ **STUART BURLINGHAM-** Boss is done talking to Mr. Stuart Burlingham. He gave him a quick update. Call back tomorrow
  - ❖ **(Mountain standard time) DELBERT SCHROEDER -** Boss gave him an update about the company and callback again next week to know how much money he will send. - CONFIRMED: Check for $2,000 from Delbert Schroeder cleared as per Dr. Marchitto dated December 26, 2019
  - ❖ **VERNE VERNAULD –** Boss is done talking to Mr. Verne Vernauld. He fixed his issue about his concern and Boss also gave an update about the company. Call back on Thursday to finalized how much money he will send

- COORDINATED WITH MS. ANGELA ABOUT THE UPDATE OF THE SHAREHOLDERS VIA FREEDCAMP.
- UBERCONFERENCEWITH BOSS, SECRETARIES, ALLOCATION, TREASURY, HR DEPT., CSR.



B-1106-33
Grand Tower,
Ajman, Dubai,
United Arab Emirates

Www.vuuzlemediacorp.com
facebook.com/vuuzletv
twitter.com/vuuzletv
instagram.com/vuuzletv
639 45 840 1383