# EXHIBIT 87a

| Account No : | 5501 | | | VUUZLE MEDIA CORP FZE LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

ACY_AED

| | | | | | | | | | OPENING BAL: | 0 00 | 0 00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| RN_D | VALUE_D | RN_REF_NO | EVN | RN CODE | RN_DESC | USER_ID | INS RUMEN CODE | DR ACY_AM | CR ACY_AM | RA E | D C | LCY_BAL | ACY_CLOSE_BAL | LCY_CLOSE_BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2020 | 01/11/2020 | 097AMIG2030607IS | INIT | NIB | BALANCE B/F FROM NOOR BANK | NOORMIG | | 0.00 | 099.86 | 0.00 | C | ,099.86 | ,099.86 | ,099.86 |
| 01/11/2020 | 01/11/2020 | 9970i d203060002 | INIT | FIS | Fi a cial se ices DIBETS - 11981 6986 [FIS][ REF/TRANSFER MONEY FOR ADS][BY ORDER OF 19701 VUUZLE F LM PRODUCTIONOFFC 2101 BUS NESSMEDIA CITY DUBAIP.B. 29032 DUB][30168] | SYSTEM | | 0.00 | 100 000.00 | 0.00 | C | 100,000.00 | 10 ,099 86 | 10 ,099.86 |
| 01/11/2020 | 01/11/2020 | 99716bq2030639 5 | INIT | BS2 | ELECTRON DEBIT CARD TRANSACTION Tw tter On ine Ads IE 77 07 | SYSTEM | | -2,360.66 | 0 00 | 0.00 | D | -2,360.66 | 101,739 20 | 101,739.20 |
| 02/11/2020 | 02/11/2020 | 080CQWD203070103 | INIT | CCW | COUNTER CHEQUE WITHDRAWAL 5033 | BAA17653 | 100023 | -80,000.00 | 0.00 | 0.00 | D | -80,000.00 | 21,739 20 | 21,739.20 |
| 02/11/2020 | 02/11/2020 | 080TPCW203070202 | NIT | TPC | THIRD PARTY CHQ WITHDRAWAL CHARGES CHEQUE NO:100023 | SYSTEM | | -105.00 | 0.00 | 0.00 | D | -105.00 | 21,63 20 | 21,63 .20 |
| 0 /11/2020 | 0 /11/2020 | 999ZATM20309050I | NIT | AUW | SWITCH ATM CASH WITHDRAWAL 2020 0110 09:27:50 9 56 - 376 - HSBC DUBAI AE - 000000376211 | S | | -5,001.50 | 0.00 | 0.00 | D | -5,001.50 | 16,632 70 | 16,632.70 |
| 0 /11/2020 | 0 /11/2020 | 999ZATM203090 KH | NIT | AUW | SWITCH ATM CASH WITHDRAWAL 2020 0110 09:29:12 9 56 - 376 - HSBC DUBAI AE - 000000376216 | S | | -5,001.50 | 0.00 | 0.00 | D | -5,001.50 | 11,631 20 | 11,631.20 |
| 0 /11/2020 | 0 /11/2020 | 999ZATM20309055X | NIT | AUW | SWITCH ATM CASH WITHDRAWAL 2020 0110 09:31:5 9 56 - 376 - HSBC DUBAI AE - 000000376221 | S | | -5,001.50 | 0.00 | 0.00 | D | -5,001.50 | 6,629 70 | 6,629.70 |
| 0 /11/2020 | 0 /11/2020 | 997DTCU203091553 | NIT | DTC | ATM DECL NE TRANSACT ON CHARGE 2020 110 09:32: 9 56 - 00000037622 - HSBC DUBAI AE | SYSTEM | | -0.70 | 0 00 | 0.00 | D | -0.70 | 6,629 00 | 6,629.00 |
| 0 /11/2020 | 0 /11/2020 | 997DTCU20309155 | NIT | DTC | ATM DECL NE TRANSACT ON CHARGE 2020 110 09:3 :27 933 - 011017000055 - EMRMAL5L01 01017 DUBAI AEAE | SYSTEM | | -0.70 | 0 00 | 0.00 | D | -0.70 | 6,628 30 | 6,628.30 |
| 05/11/2020 | 05/11/2020 | 99706hm203100002 | NIT | OAT | OWN CCOUNT TRNSFER DIBETS : 7153 5983 [OAT][/REF/UK INDONESIA FUND][BY ORDER OF 19701 VUUZLE FILM PRODUCT ONOFFC 2101 BUS NESSMEDIA CITY DUBAIP.B. 29032 DUB][302 0] | SYSTEM | | 0.00 | 30 000.00 | 0.00 | C | 30,000.00 | 36,628 30 | 36,628.30 |
| 06/11/2020 | 06/11/2020 | 9970 03/20311096 | NIT | BS2 | ELECTRON DEBIT C RD TR NSACTION DNH*GODADDY COM PHP https://www.g US 8652 | SYSTEM | | -1,978.63 | 0.00 | 0.00 | D | -1,978.63 | 3 ,6 9 67 | 3 ,6 9.67 |
| 06/11/2020 | 06/11/2020 | 9970 03/203110972 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION F RST FOOD SERVICES LLC DUBAI AE 8652 | SYSTEM | | -7 00 | 0.00 | 0.00 | D | -7 00 | 3 ,575 67 | 3 ,575.67 |
| 06/11/2020 | 06/11/2020 | 9970 03/203110980 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION F RST FOOD SERVICES LLC DUBAI AE 8652 | SYSTEM | | -13.00 | 0.00 | 0.00 | D | -13.00 | 3 ,562 67 | 3 ,562.67 |
| 06/11/2020 | 06/11/2020 | 9970 03/203110988 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION F RST FOOD SERVICES LLC DUBAI AE 8652 | SYSTEM | | -7.00 | 0.00 | 0.00 | D | -7.00 | 3 ,555 67 | 3 ,555.67 |
| 07/11/2020 | 07/11/2020 | 997a3to203120001 | NIT | CFT | OUTGOING CROSS BORDER TRANSFER 7027 7027 360:Hanna Bychyk:UKRAINE:: Transfer| | SYSTEM | | -16,5 7.18 | 0.00 | 0.00 | D | -16,5 7.18 | 18,008. 9 | 18,008. 9 |
| 08/11/2020 | 08/11/2020 | 997a ww203130001 | NIT | CFT | OUTGOING CROSS BORDER TRANSFER 7983 7983 3853:Ro iatin Masluha:INDONESIA:: Indones a fund| | SYSTEM | | -10,353.75 | 0.00 | 0.00 | D | -10,353.75 | 7,65 7 | 7,65 .7 |
| 09/11/2020 | 09/11/2020 | 001IBFT2031 0161 | NIT | IBC | IB FUNDS TRANSFER CREDIT FROM 5501 TO 5501:USD to AED | SYSTEM | | 0.00 | 29 ,120.00 | 0.00 | C | 29 ,120.00 | 301,77 7 | 301,77 .7 |
| 09/11/2020 | 09/11/2020 | 997a3xe2031 0001 | NIT | DFT | OUTGOING DOMESTIC FUND TRANSFER 3628 /REF/Trans er of fund | SYSTEM | | -300,000.00 | 0.00 | 0.00 | D | -300,000.00 | 1,77 7 | 1,77 .7 |
| 09/11/2020 | 09/11/2020 | 997a3xe2031 0003 | NIT | SER | CASH MGMT. SERV CE CHARGES 3628 0911 | SYSTEM | | -26.25 | 0.00 | 0.00 | D | -26.25 | 1,7 8. 9 | 1,7 8. 9 |
| 09/11/2020 | 09/11/2020 | 001IBFT2031 067 | NIT | IBC | IB FUNDS TRANSFER CREDIT FROM 5501 TO 5501:For Personal Cred t Card | SYSTEM | | 0.00 | 5 000.00 | 0.00 | C | 5,000.00 | 6,7 8. 9 | 6,7 8. 9 |
| 09/11/2020 | 09/11/2020 | 001IBFT2031 075 | NIT | IBD | IB FUNDS TRANSFER DEBIT FROM 5501 TO 1 01:Payment for Credit Card | SYSTEM | | - 5,000.00 | 0 00 | 0.00 | D | - 5,000.00 | 1,7 8. 9 | 1,7 8. 9 |

| Date | Date | Ref | Type | Code | Description | Channel | # | Debit | Credit | Fee | D/C | Amount | Balance | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2021 | 08/03/2021 | 997001r210670927 | INIT | BS2 | ELECTRON DEBIT CARD TRANSACTION DNH*GODADDY COM AED 8855 US 8652 | SYSTEM | | -559.9 | 0.00 | 0.00 | D | -559.9 | 70,698.85 | 70,698.85 |
| 08/03/2021 | 08/03/2021 | 997001r210670935 | INIT | BS2 | ELECTRON DEBIT CARD TRANSACTION DEL C OUSBRAINS.COM TRURO CA 8652 | SYSTEM | | -9 .7 | 0.00 | 0.00 | D | -9 .7 | 69,75 .38 | 69,75 .38 |
| 11/03/2021 | 11/03/2021 | 997001q21070127 | INIT | BS2 | ELECTRON DEBIT CARD TRANSACTION DNH*GODADDY COM PHP 8855 US 8652 | SYSTEM | | -139.89 | 0.00 | 0.00 | D | -139.89 | 69,61 .9 | 69,61 .9 |
| 11/03/2021 | 11/03/2021 | 997a38u210700001 | INIT | CFT | OUTGOING CROSS BORDER TRANSFER 8913 8913 6626:Sean Linehan:USA:: Leads| | SYSTEM | | -7,530.00 | 0.00 | 0.00 | D | -7,530.00 | 62,08 .9 | 62,08 .9 |
| 11/03/2021 | 11/03/2021 | 997a38u21070000 | INIT | SER | C SH MGMT. SERV CE CHARGES 8913 Sw ft Charges : 52.5 6626:Sean Linehan:USA:: Leads| | SYSTEM | | -52.50 | 0.00 | 0.00 | D | -52.50 | 62,031 99 | 62,031.99 |
| 12/03/2021 | 12/03/2021 | 997001m210711035 | NIT | BS2 | ELECTRON DEBIT C RD TRANSACTION EIG*CONSTANTCONTACT.COM 855-2295506 US 8652 | SYSTEM | | -2 6.55 | 0.00 | 0.00 | D | -2 6.55 | 61,785. | 61,785. |
| 1 /03/2021 | 1 /03/2021 | 001IBFT210730173 | INIT | IBC | IB FUNDS TRANSFER CREDIT FROM 55501 TO 5501:Transfer of fund | SYSTEM | | 0.00 | 277 200.00 | 0.00 | C | 277,200.00 | 338,985. | 338,985. |
| 15/03/2021 | 15/03/2021 | 001INCG2107 556 | NIT | ICD | I/W CLEARING CHEQUE 10 060106 | SYSTEM | 100083 | -21,296.50 | 0.00 | 0.00 | D | -21,296.50 | 317,688 9 | 317,688.9 |
| 15/03/2021 | 15/03/2021 | 997a53l2107 0001 | NIT | DFT | OUTGOING DOMESTIC FUND TRANSFER 8972 REF/March 2021 | SYSTEM | | -3,2 .50 | 0.00 | 0.00 | D | -3,2 .50 | 31 ,. | 31 ,. |
| 15/03/2021 | 15/03/2021 | 997a53l2107 0003 | NIT | SER | CASH MGMT. SERV CE CHARGES 8972 1503 | SYSTEM | | -52.65 | 0.00 | 0.00 | D | -52.65 | 31 ,391 79 | 31 ,391.79 |
| 15/03/2021 | 15/03/2021 | 997a53l2107 000 | NIT | COR | CORRESPONDENT BANK CHARGES 8972: .5/1/CBAUAEAAXXX | SYSTEM | | -1.00 | 0.00 | 0.00 | D | -1.00 | 31 ,390 79 | 31 ,390.79 |
| 15/03/2021 | 15/03/2021 | 997a55b2107 0001 | NIT | SER | CASH MGMT. SERV CE CHARGES 2286 1503 | SYSTEM | | -52.65 | 0.00 | 0.00 | D | -52.65 | 31 ,338.1 | 31 ,338.1 |
| 15/03/2021 | 15/03/2021 | 997a55b2107 0002 | NIT | COR | CORRESPONDENT BANK CHARGES 2286: 200/1/CBAUAEAAXXX | SYSTEM | | -1.00 | 0.00 | 0.00 | D | -1.00 | 31 ,337.1 | 31 ,337.1 |
| 15/03/2021 | 15/03/2021 | 997a55b2107 0006 | NIT | DFT | OUTGOING DOMESTIC FUND TRANSFER 2286 REF/TRansfer of Fund | SYSTEM | | -277,200.00 | 0.00 | 0.00 | D | -277,200.00 | 37,137.1 | 37,137.1 |
| 21/03/2021 | 21/03/2021 | 997001l210802253 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION MAILCHIMP *M SC MA LCHIMP.COM US 8652 | SYSTEM | | -1,099.99 | 0.00 | 0.00 | D | -1,099.99 | 36,037.15 | 36,037.15 |
| 29/03/2021 | 29/03/2021 | 997001s210880926 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION A MEDIUM CORPORAT ON 5008 US 8652 | SYSTEM | | -18.97 | 0.00 | 0.00 | D | -18.97 | 36,018.18 | 36,018.18 |
| 31/03/2021 | 31/03/2021 | 997001r210901281 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION DNH*GODADDY COM PHP 8855 US 8652 | SYSTEM | | -1,256.79 | 0.00 | 0.00 | D | -1,256.79 | 3 ,761 39 | 3 ,761.39 |
| 01/0 /2021 | 01/0 /2021 | 997001s21091228 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION DNH*GODADDY COM PHP 8855 US 8652 | SYSTEM | | -1 1.10 | 0.00 | 0.00 | D | -1 1.10 | 3 ,620 29 | 3 ,620.29 |
| 01/0 /2021 | 01/0 /2021 | 997001s210912292 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION MIRROR MAZE KIDS AMUSEME DUBAI AE 8652 | SYSTEM | | -200.00 | 0.00 | 0.00 | D | -200.00 | 3 , 20 29 | 3 , 20.29 |
| 01/0 /2021 | 01/0 /2021 | 997001s210912300 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION 2 7 MEDICAL EQUIPMENT LLC DUBAI AE 8652 | SYSTEM | | - 70.00 | 0.00 | 0.00 | D | - 70.00 | 33,950 29 | 33,950.29 |
| 01/0 /2021 | 01/0 /2021 | 997a15h210910002 | NIT | DFT | OUTGOING DOMESTIC FUND TRANSFER 26 1 /REF/Rent 3rd warehouse al quos| | SYSTEM | | -26,250.00 | 0.00 | 0.00 | D | -26,250.00 | 7,700 29 | 7,700.29 |
| 01/0 /2021 | 01/0 /2021 | 997a15h210910003 | NIT | SER | CASH MGMT. SERV CE CHARGES 26 1 010 | SYSTEM | | -52.65 | 0.00 | 0.00 | D | -52.65 | 7,6 76 | 7,6 .76 |
| 0 /0 /2021 | 0 /0 /2021 | 99700202109 2285 | NIT | BS2 | ELECTRON DEBIT CARD TRANSACTION 2 7 MEDICAL EQUIPMENT LLC DUBAI AE 8652 | SYSTEM | | -235.00 | 0.00 | 0.00 | D | -235.00 | 7, 12 6 | 7, 12.6 |

**Account No :** ▮▮▮▮▮5501        **VUUZLE MEDIA CORP FZE LLC**

**ACY:** USD

**OPENING BAL:**   0.00          0.00

| RN_D | VALUE_D | RN_REF_NO | EVN | RN CODE | RN_DESC | USER_ID | INS RUMEN CODE | DR ACY_AM | CR ACY_AM | RA E | D C | LCY_BAL | ACY_CLOSE_BAL | LCY_CLOSE_BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2020 | 01 11/2020 | 097AMIG203060KXW | INIT | NIB | BALANCE B/F FROM NOOR BANK | NOORMIG | | 0.00 | 1,302.23 | 3.67 | C | ,783.29 | 1,302.23 | ,783.29 |
| 01/11/2020 | 01 11/2020 | 097ACRV20306030J | REVL | REV | REVALUATION | SYSTEM | | 0.00 | 0.00 | 0.00 | D | -0.20 | 1,302.23 | ,783.09 |
| 08/11/2020 | 08 11/2020 | 997a2nv203130001 | INIT | CFT | OUTGOING CROSS BORDER TRANSFER ▮▮▮9267▮▮▮9267 ▮▮▮6165:Vuuz e En erpr ses LLC:USA:: FUND| | SYSTEM | | -1,000.00 | 0.00 | 3.67 | D | -3,673.00 | 302.23 | 1,110.09 |
| 08/11/2020 | 08 11/2020 | 997a ql203130002 | INIT | IWT | INCOMING TRANSFER ▮▮▮609|SFLDKL NVESTMENTS LLC 5700 ALEXA RD|CHARLOTTE NC 28277-0537▮▮▮0211 | SYSTEM | | 0.00 | 99,970.00 | 3.67 | C | 367,189.81 | 100,272.23 | 368,299.90 |
| 09/11/2020 | 09 11/2020 | 001IBFT2031 0161 | INIT | IBD | IB FUNDS TRANSFER DEBIT FROM ▮▮▮5501 TO ▮▮▮5501:USD to AED | SYSTEM | | -81 700.00 | 0.00 | 3.60 | D | -29 ,120.00 | 18,572.23 | 7 ,179.90 |
| 09/11/2020 | 09 11/2020 | 001IBFT2031 067 | INIT | IBD | IB FUNDS TRANSFER DEBIT FROM ▮▮▮5501 TO ▮▮▮5501:For Personal Credit Card | SYSTEM | | -12 500.00 | 0.00 | 3.60 | D | - 5,000.00 | 6,072.23 | 29,179.90 |
| 09/11/2020 | 09 11/2020 | 097ACRV2031 01DL | REVL | REV | REVALUATION | SYSTEM | | 0.00 | 0.00 | 0.00 | D | -6,876.60 | 6,072.23 | 22,303.30 |
| 11/11/2020 | 11 11/2020 | 997a53b203160001 | INIT | CFT | OUTGOING CROSS BORDER TRANSFER ▮▮▮8665▮▮▮8665 ▮▮▮6626:Sean Linehan:USA:: Marketing Leads| | SYSTEM | | -2 000.00 | 0.00 | 3.67 | D | -7,3 6.00 | ,072.23 | 1 ,957.30 |
| 12/11/2020 | 12 11/2020 | 997a3kd203170001 | INIT | CFT | OUTGOING CROSS BORDER TRANSFER ▮▮▮6972▮▮▮6972 ▮▮▮1630:Amer List Inc:USA:: Ema l Database| | SYSTEM | | - 75 00 | 0.00 | 3.67 | D | -1,7 .68 | 3,597.23 | 13,212.62 |
| 12/11/2020 | 12 11/2020 | 097ACRV2031701E6 | REVL | REV | REVALUATION | SYSTEM | | 0.00 | 0.00 | 0.00 | C | 0.01 | 3,597.23 | 13,212.63 |
| 26/11/2020 | 26 11/2020 | 997aecx203310002 | INIT | IWT | INCOMING TRANSFER ▮▮▮3106|CAROLINA TELLER SYSTEMS, INC|5700 ALEXA RD|CHARLOTTE NC▮▮▮0000▮▮▮2 11 | SYSTEM | | 0 00 | 399,932.39 | 3.67 | C | 1, 68,951.67 | 03,529.62 | 1, 82,16 .30 |
| 26/11/2020 | 26 11/2020 | 097ACRV2033101E1 | REVL | REV | REVALUATION | SYSTEM | | 0.00 | 0.00 | 0.00 | D | -0.01 | 03,529.62 | 1, 82,16 .29 |
| 28/11/2020 | 28 11/2020 | 001IBFT2033310 7 | INIT | IBD | IB FUNDS TRANSFER DEBIT FROM ▮▮▮5501 TO ▮▮▮1 01:Transfer | SYSTEM | | -13 650.00 | 0.00 | 3.60 | D | - 9,1 0.00 | 389,879.62 | 1, 33,02 .29 |

| Date | Date2 | Ref | Type | | Code | Description | Source | | Amount1 | Amount2 | Rate | D/C | Amount3 | Balance1 | Balance2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/12/2020 | 06 12/2020 | 997a5zd203 10002 | INIT | | IWT | INCOMING TRANSFER 3517\|JOHN R LOFTIN\|2289 W C MINO LTO\|SPRINGF ELD MO65810 FCS 0112 | SYSTEM | | 0.00 | 29,970.00 | 3.67 | C | 110,079.81 | 113,692.62 | 17,592.99 |
| 07/12/2020 | 07 12/2020 | 001IBFT203 20709 | INIT | | IBD | IB FUNDS TRANSFER DEBIT FROM 5501 TO 1 01:Transfer of fund | SYSTEM | | -100 000.00 | 0.00 | 3.60 | D | -360,000.00 | 13,692.62 | 57,592.99 |
| 07/12/2020 | 07 12/2020 | 997a7cs203 20001 | INIT | | CFT | OUTGOING CROSS BORDER TRANSFER 8 9 8 98 1125:SPI Internat onal Inc:USA:: MG November 2020 | SYSTEM | | -10 000.00 | 0.00 | 3.67 | D | -36,730.00 | 3,692.62 | 20,862.99 |
| 07/12/2020 | 07 12/2020 | 097ACRV203 201DK | REVL | | REV | REVALUATION | SYSTEM | | 0.00 | 0.00 | 0.00 | D | -7,300.00 | 3,692.62 | 13,562.99 |
| 13/12/2020 | 13 12/2020 | 997a1uu203 80001 | INIT | | CFT | OUTGOING CROSS BORDER TRANSFER 1210 1210 6626:Sean Linehan:USA:: Leads | SYSTEM | | -2,000.00 | 0.00 | 3.67 | D | -7,3 6.00 | 1,692.62 | 6,216.99 |
| 2 /12/2020 | 2 12/2020 | 997aeh0203590002 | INIT | | IWT | INCOMING TR NSFER 8999\|SARGON MALKEY\|SOCKERBRUKSG T N 6 B\|15259 SODERTALJE 2212 | SYSTEM | | 0.00 | 103,969.00 | 3.67 | C | 381,878.1 | 105,661.62 | 388,095.13 |
| 26/12/2020 | 26 12/2020 | 997a3s 203610001 | INIT | | CFT | OUTGOING CROSS BORDER TR NSFER 00 26 0 26 6165:Vuuz e En erpr ses LLC:USA:: transfer of fund Vegas\| | SYSTEM | | -57 000.00 | 0.00 | 3.67 | D | -209,361.00 | 8,661.62 | 178,73 .13 |
| 27/12/2020 | 27 12/2020 | 997a8t0203620001 | INIT | | CFT | OUTGOING CROSS BORDER TRANSFER 6007 6007 6165:Vuuz e En erpr ses LLC:USA:: pending from rent and payout | SYSTEM | | -1 200.00 | 0.00 | 3.67 | D | - , 07.60 | 7, 61.62 | 17 ,326.53 |
| 02/01/2021 | 02 01/2021 | 001IBFT210020198 | INIT | | IBD | IB FUNDS TRANSFER DEBIT FROM 5501 TO 5501:Payroll Dec | SYSTEM | | -30 500.00 | 0.00 | 3.60 | D | -109,800.00 | 16,961.62 | 6 ,526.53 |

| Date 1 | Date 2 | Reference | Type | | Channel | Description | Source | | Amount | Fee | Rate | D/C | Converted | Balance 1 | Balance 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27/01/2021 | 27 01/2021 | 997aaqg210270001 | INIT | | CFT | OUTGOING CROSS BORDER TRANSFER ▇▇▇ 610 ▇▇▇ 610 16265:Hanna Bychyk:UKRAINE:: Technical Expenses | SYSTEM | | -,395.00 | 0.00 | 3.67 | D | -16,1 2.8 | 98,102.62 | 360,330.92 |
| 27/01/2021 | 27 01/2021 | 997ab7e210270001 | INIT | | CFT | OUTGOING CROSS BORDER TRANSFER ▇▇▇ 022 ▇▇▇ 022 6165:Vuuz e En erpr ses LLC:USA:: Payroll Vegas office | SYSTEM | | -62 200.00 | 0.00 | 3.67 | D | -228, 60.60 | 35,902.62 | 131,870.32 |
| 30/01/2021 | 30 01/2021 | 997a7k 210300002 | INIT | | IWT | INCOMING TRANSFER ▇▇▇ 0671 |JOHN H DOTSON JR||5 39 S SOUTHWOOD RD||SPRINGFIEL D MO 6580 ▇▇▇ 2801 | SYSTEM | | 0 00 | 2 ,120.00 | 3.67 | C | 88,592.76 | 60,022.62 | 220, 63.08 |
| 07/02/2021 | 07 02/2021 | 001IBFT210380205 | INIT | | IBD | IB FUNDS TRANSFER DEBIT FROM ▇▇▇ 5501 TO ▇▇▇ 5501:Convert to AED | SYSTEM | | -50 000.00 | 0.00 | 3.60 | D | -180,000.00 | 10,022.62 | 0, 63.08 |
| 07/02/2021 | 07 02/2021 | 097ACRV210380019 | REVL | | REV | REVALUATION | SYSTEM | | 0.00 | 0.00 | 0.00 | D | -3,650.00 | 10,022.62 | 36,813.08 |
| 10/02/2021 | 10 02/2021 | 997a5wd210 10001 | INIT | | CFT | OUTGOING CROSS BORDER TRANSFER ▇▇▇ 9073 ▇▇▇ 9073 6626:Sean Linehan:USA:: Leads| | SYSTEM | | -2 000 00 | 0.00 | 3.67 | D | -7,3 6.00 | 8,022.62 | 29, 67.08 |
| 10/02/2021 | 10 02/2021 | 997a5yj210 10001 | INIT | | CFT | OUTGOING CROSS BORDER TRANSFER ▇▇▇ 79 2 ▇▇▇ 79 2 3853:Rofia in Masluha:INDONESIA:: Office Expenses| | SYSTEM | | -517 00 | 0.00 | 3.67 | D | -1,898.9 | 7,505.62 | 27,568.1 |
| 10/02/2021 | 10 02/2021 | 997a5zm210 10001 | INIT | | CFT | OUTGOING CROSS BORDER TRANSFER ▇▇▇ 9027 ▇▇▇ 9027 8097:D ckinson Wright PLLC:USA:: Attorneys Fee| | SYSTEM | | -7 000.00 | 0.00 | 3.67 | D | -25,711.00 | 505.62 | 1,857.1 |
| 11/02/2021 | 11 02/2021 | 997a6hb210 20002 | INIT | | IWT | INCOMING TRANSFER ▇▇▇ 3517|JOHN LOFTIN|2289 W C  MINO   I TO|SPRINGF ELD ▇▇▇ 1002 | SYSTEM | | 0.00 | ,970.00 | 3.67 | C | 18,25 .81 | 5, 75.62 | 20,111.95 |

# EXHIBIT 87b

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 7/26/2021

| | |
|---:|:---|
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20210520C1B76E1C001981 |
| MID | 210520110656XI01 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | EXPENSES |
| Office | 004 |
| OMAD | 20210520B1QGC01R03731305201117FT03 |
| ORG ADDR1 | 77 FALLEN TIMBERS TRL |
| ORG ADDR2 | ROCKAWAY, NJ 07866-4806 |
| ORG ID | 3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |
| Recv ABA | 322271627 |
| Recv Name | JPMORGAN CHASE BAN |
| Reference | 210520110656XI01 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 11:06:56 |
| Value Date | 05/20/2021 |
| Wire Date | 05/20/2021 |

| | |
|---:|:---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | 3669 |
| Amount | 2,500.00 |
| Beneficiary | Data Alliance Group |
| BNF ADDR1 | 2321 WALL ST |
| BNF ADDR3 | LOS ANGELESCA |
| BNF ID | 5953 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20210520C1B76E1C001985 |
| MID | 210520110656XI02 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | EXPENSES |
| Office | 004 |
| OMAD | 20210520B6B7HU4R00692405201117FT03 |
| | 77 FALLEN TIMBERS TRL |
| ORG ADDR2 | ROCKAWAY, NJ 07866-4806 |
| ORG ID | 3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 7/26/2021

| | |
|---|---|
| Recv ABA | 026009593 |
| Recv Name | BANK OF AMERICA, N |
| Reference | 210520110656XI02 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 11:06:56 |
| Value Date | 05/20/2021 |
| Wire Date | 05/20/2021 |

| | |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | ▮3669 |
| Amount | 9,030.00 |
| Beneficiary | Szenderski Consulting Llc |
| BNF ADDR1 | 3645 E OCEAN BLVD |
| BNF ADDR2 | APT I |
| BNF ADDR3 | LONG BEACHCA |
| BNF ID | ▮7442 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20210602C1B76E1C003887 |
| MID | 210602125529XI00 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| Office | 004 |
| OMAD | 20210602B6B7HU2R00975606021310FT03 |
| | 77 FALLEN TIMBERS TRL |
| ORG ADDR2 | ROCKAWAY, NJ 07866-4806 |
| ORG ID | ▮3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |
| Recv ABA | 026009593 |
| Recv Name | BANK OF AMERICA, N |
| Reference | 210602125529XI00 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 12:55:29 |
| Value Date | 06/02/2021 |
| Wire Date | 06/02/2021 |

| | |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | ▮3669 |
| Amount | 7,000.00 |
| Beneficiary | VUMU MUSIC LLC |
| BNF ADDR1 | 954 SOUTH ROOSEVELT ROAD N PORTALES |
| BNF ADDR2 | NM 88130 US |
| BNF ID | ▮3669 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |

Page :   6 of   21

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 7/26/2021

| | |
|---|---|
| ORG ID Code | AC |
| Originator | RICK D SHAEFFER |
| Paymt Method | FED |
| Paymt Source | FLS |
| Recv ABA | 031101266 |
| Recv Name | TD BANK NA |
| Reference | ▆▆▆▆▆▆9614 |
| Sender ABA | 041001039 |
| Sender Name | KEYBANK |
| Time | 17:15:20 |
| Value Date | 06/08/2021 |
| Wire Date | 06/08/2021 |

| | |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | ▆▆▆▆3669 |
| Amount | 5,000.00 |
| Beneficiary | Ronald B Werba |
| BNF ADDR1 | 15310 W. VIA MANANA |
| BNF ADDR3 | SUN CITY WESTAZ |
| BNF ID | ▆▆▆▆▆1988 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20210609C1B76E1C001593 |
| MID | 210609105105XI02 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| Office | 004 |
| OMAD | 20210609B6B7HU4R00555906091054FT03 |
| ORG ADDR2 | 77 FALLEN TIMBERS TRL |
| | ROCKAWAY, NJ 07866-4806 |
| ORG ID | ▆▆▆▆3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |
| Recv ABA | 026009593 |
| Recv Name | BANK OF AMERICA, N |
| Reference | 210609105105XI02 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 10:51:05 |
| Value Date | 06/09/2021 |
| Wire Date | 06/09/2021 |

| | |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | ▆▆▆▆3669 |
| Amount | 1,900.00 |
| Beneficiary | Data Alliance Group |
| BNF ADDR1 | 2321 WALL ST |
| BNF ADDR3 | LOS ANGELESCA |
| BNF ID | ▆▆▆▆▆5953 |
| Branch ID | 9999 |

Page :   10 of   21

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 7/26/2021

| Field | Value |
|---|---|
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20210609C1B76E1C001592 |
| MID | 210609105106XI00 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | EXPENSES |
| Office | 004 |
| OMAD | 20210609B6B7HU1R00543206091054FT03 |
| ORG ADDR1 | 77 FALLEN TIMBERS TRL |
| ORG ADDR2 | ROCKAWAY, NJ 07866-4806 |
| ORG ID | ▓▓▓▓3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |
| Recv ABA | 026009593 |
| Recv Name | BANK OF AMERICA, N |
| Reference | 210609105106XI00 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 10:51:06 |
| Value Date | 06/09/2021 |
| Wire Date | 06/09/2021 |

| Field | Value |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | ▓▓▓▓3669 |
| Amount | 4,200.00 |
| Beneficiary | Szenderski Consulting Llc |
| BNF ADDR1 | 3645 E OCEAN BLVD |
| BNF ADDR2 | APT I |
| BNF ADDR3 | LONG BEACHCA |
| BNF ID | ▓▓▓▓7442 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20210609C1B76E1C001776 |
| MID | 210609110151XI00 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| Office | 004 |
| OMAD | 20210609B6B7HU1R00587506091111FT03 |
| ORG ADDR | 77 FALLEN TIMBERS TRL |
| ORG ADDR2 | ROCKAWAY, NJ 07866-4806 |
| ORG ID | ▓▓▓▓3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 7/26/2021

|  |  |
|---|---|
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20210702MMQFMPYQ004494 |
| MID | 210702133458XI01 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | EXPENSES |
| Office | 004 |
| OMAD | 20210702B1QGC01R06099307021338FT03 |
| ORG ADDR1 | 77 FALLEN TIMBERS TRL |
| ORG ADDR2 | ROCKAWAY, NJ 07866-4806 |
| ORG ID | ▮▮▮▮▮3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |
| Recv ABA | 322271627 |
| Recv Name | JPMORGAN CHASE BAN |
| Reference | 210702133458XI01 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 13:34:58 |
| Value Date | 07/02/2021 |
| Wire Date | 07/02/2021 |

|  |  |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | ▮▮▮▮▮3669 |
| Amount | 2,100.00 |
| Beneficiary | Data Alliance Group |
| BNF ADDR1 | 2321 WALL ST |
| BNF ADDR3 | LOS ANGELESCA |
| BNF ID | ▮▮▮▮▮5953 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | O |
| Fee | 30.00 |
| IMAD | 20210702MMQFMPYQ004467 |
| MID | 210702133508XI00 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | EXPENSES |
| Office | 004 |
| OMAD | 20210702B6B7HU3R01216807021336FT03 |
| | 77 FALLEN TIMBERS TRL |
| ORG ADDR2 | ROCKAWAY, NJ 07866-4806 |
| ORG ID | ▮▮▮▮▮3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |

Page :   18 of   21

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 7/26/2021

| | |
|---|---|
| Recv ABA | 026009593 |
| Recv Name | BANK OF AMERICA, N |
| Reference | 210702133508XI00 |
| Sender ABA | ▇▇▇3093 |
| Sender Name | TD BANK |
| Time | 13:35:08 |
| Value Date | 07/02/2021 |
| Wire Date | 07/02/2021 |

| | |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | ▇▇▇3669 |
| Amount | 5,000.00 |
| Beneficiary | VUMU LLC |
| BNF ID | ▇▇▇3669 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | I |
| Fee | 15.00 |
| IMAD | 20210712MMQFMPWD004488 |
| MID | 210712181015F101 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | INVESTMENT |
| Office | 004 |
| OMAD | 20210712MMQFMPYQ00836907121810FT03 |
| | 9208 TIMBERCREEK DR |
| ORG ADDR2 | BONHAM TX 75418 |
| ORG ADDR3 | US |
| ORG ID | ▇▇▇0781 |
| ORG ID Code | AC |
| Originator | RICK D SHAEFFER |
| Paymt Method | FED |
| Paymt Source | FLS |
| Recv ABA | 031201360 |
| Recv Name | TD BANK, NA |
| Reference | US21071200052076 |
| Sender ABA | 041001039 |
| Sender Name | KEYBANK |
| Time | 18:10:15 |
| Value Date | 07/12/2021 |
| Wire Date | 07/12/2021 |

| | |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | ▇▇▇3669 |
| Amount | 2,500.00 |
| Beneficiary | Data Alliance Group |
| BNF ADDR1 | 2321 Wall St |
| BNF ADDR3 | Los AngelesCA |
| BNF ID | ▇▇▇5953 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | O |

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 7/26/2021

|  |  |
|---:|:---|
| Fee | 30.00 |
| IMAD | 20210714MMQFMPYQ003137 |
| MID | 210714122953XI02 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | Business Expenses |
| Office | 004 |
| OMAD | 20210714B6B7HU3R00885807141251FT03 |
| ORG ADDR1 | 77 FALLEN TIMBERS TRL |
| ORG ADDR2 | ROCKAWAY, NJ 07866-4806 |
| ORG ID | 3669 |
| ORG ID Code | AC |
| Originator | VUMU MUSIC LLC |
| Paymt Method | FED |
| Paymt Source | MAX |
| Recv ABA | 026009593 |
| Recv Name | BANK OF AMERICA, N |
| Reference | 210714122953XI02 |
| Sender ABA | 011103093 |
| Sender Name | TD BANK |
| Time | 12:29:53 |
| Value Date | 07/14/2021 |
| Wire Date | 07/14/2021 |

|  |  |
|---:|:---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | 3669 |
| Amount | 30,000.00 |
| Beneficiary | VUMU LLC |
| BNF ID | 3669 |
| Branch ID | 9999 |
| Country Code | US |
| Currency | USD |
| Direction | I |
| Fee | 15.00 |
| IMAD | 20210715L4B74B3C003766 |
| MID | 210715171316F100 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | RE: LYNN SHUGARMAN |
| Office | 004 |
| OMAD | 20210715MMQFMPYQ00882707151713FT03 |
|  | 5333 ARVILLE ST STE 103 |
| ORG ADDR2 | LAS VEGAS NV   89118-2226 |
| ORG ADDR3 | USA |
| ORG ID | 0918 |
| ORG ID Code | AC |
| Originator | FLOWERING DESERT TRUST DTD 1/26/21 |
| Paymt Method | FED |
| Paymt Source | FLS |
| Recv ABA | 031101266 |
| Recv Name | TD BANK NA |
| Reference | 2021071500009989 |
| Sender ABA | 122400779 |

# EXHIBIT 87c

# leads

| | |
|---|---|
| **From:** | Sheridan Linehan <sliwealthadvisors@gmail.com> |
| **To:** | Ronnie Flynn <rflynn48@gmail.com> |
| **Date:** | Tue, 30 Jul 2019 16:55:30 -0400 |
| **Attachments:** | All 3d media 7-29-19.csv (129.47 kB) |

\--
Sheridan Linehan CEO
SLI Wealth Advisors
949-228-6428

GENERAL DISCLAIMER: Although the information included in this report has been obtained from sources SLI Wealth Advisors, LLC believes to be reliable, we do not guarantee its accuracy. All opinions and estimates included in this report are subject to change without notice. This report is for informative purposes only and is not intended as an offer or solicitation with respect to the purchase or sale of any security. The actual results achieved during the projection period may vary from the projections contained herein. This material provides information and/or alternatives we believe to be appropriate for consideration. The decision whether or not to adopt any strategy or engage in any transaction that, may be contained herein or transmitted herewith is you and/or your company's sole responsibility. No tax advice is, or is intended, in any manner, to be provided by this communication.

CONFIDENTIALITY: The acceptance of this communication and all attachments hereto is acceptance of SLI Wealth Advisors, LLC confidentiality policies, designating such communications as containing confidential, proprietary and trade secret information that it owns, portfolio companies own or which its clients own. Such information may not be used or conveyed except for the evaluation of the transaction which is the subject of this communication and may not be used or conveyed with the intent of circumventing SLI Wealth Advisors, LLC portfolio companies or its clients.

# Still waiting on leads ( Please send ASAP)

**From:** Ronnie Flynn <rflynn48@gmail.com>
**To:** info@dataalliancegroup.com
**Date:** Mon, 31 Jul 2017 06:05:43 -0400

How are you hope you did well in Texas. Take care and send me the leads `ASAP!!!

Thanks

Ronnie

SEC-DOJ-NX-E-0078353