# Exhibit 1

# Aimee R. Gibbs

**Subject:** FW: EXTERNAL: RE: SEC v. Vuuzle, et al. /Modification of Pretrial Scheduling Order

---

**From:** Staren, Devon <StarenD@sec.gov>
**Sent:** Monday, September 20, 2021 4:59 PM
**To:** Aimee R. Gibbs <AGibbs@dickinson-wright.com>; Kathy Pickerelli <Kpickerelli@weiner.law>; Miller, Gregory N <MillerGN@sec.gov>; Jacob S. Frenkel <JFrenkel@dickinson-wright.com>
**Cc:** Donald A. Klein <dklein@weiner.law>; Seth B. Waxman <SWaxman@dickinson-wright.com>; Jay V. Surgent <jsurgent@weiner.law>
**Subject:** RE: EXTERNAL: RE: SEC v. Vuuzle, et al. /Modification of Pretrial Scheduling Order

Hi Aimee,

Unfortunately, we cannot stipulate to adjourn the Motion for the PI, which is intended to halt an ongoing fraud.

Thanks,
Devon

---

**From:** Aimee R. Gibbs <AGibbs@dickinson-wright.com>
**Sent:** Monday, September 20, 2021 4:46 PM
**To:** Staren, Devon <StarenD@sec.gov>; Kathy Pickerelli <Kpickerelli@weiner.law>; Miller, Gregory N <MillerGN@sec.gov>; Jacob S. Frenkel <JFrenkel@dickinson-wright.com>
**Cc:** Donald A. Klein <dklein@weiner.law>; Seth B. Waxman <SWaxman@dickinson-wright.com>; Jay V. Surgent <jsurgent@weiner.law>
**Subject:** RE: EXTERNAL: RE: SEC v. Vuuzle, et al. /Modification of Pretrial Scheduling Order

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Devon,

We are in receipt of the SEC's Motion to Amend and Motion for Preliminary Injunction filed with the Court on September 15, 2021.

As you are aware, the Motion for Preliminary Injunction is against two non-parties. Your Motion acknowledges that the initial Complaint remains the operative pleading unless the Court grants the SEC leave to file the Amended Complaint. Our position is that the Motion for Preliminary Injunction should not be briefed or placed on the Court's return date schedule until the Court rules on the pending Motion to Amend.

Please confirm whether the SEC will stipulate to adjourn the Motion for Preliminary Injunction until the next return date schedule following the Court's decision with respect to the Motion to Amend.

Thank you,
Aimee

**Aimee R. Gibbs** Member

350 S. Main Street  
Suite 300  
Ann Arbor MI 48104

Phone 734-623-1653  
Fax     844-670-6009  
Email  AGibbs@dickinsonwright.com