# Exhibit 3

## Aimee R. Gibbs

**Subject:** FW: EXTERNAL: RE: SEC v. Vuuzle, et al. /Modification of Pretrial Scheduling Order

---

**From:** Staren, Devon <StarenD@sec.gov>
**Sent:** Tuesday, September 14, 2021 11:46 AM
**To:** Kathy Pickerelli <Kpickerelli@weiner.law>; Aimee R. Gibbs <AGibbs@dickinson-wright.com>; Miller, Gregory N <MillerGN@sec.gov>; Jacob S. Frenkel <JFrenkel@dickinson-wright.com>
**Cc:** Donald A. Klein <dklein@weiner.law>; Seth B. Waxman <SWaxman@dickinson-wright.com>
**Subject:** EXTERNAL: RE: SEC v. Vuuzle, et al. /Modification of Pretrial Scheduling Order

Hi Jay,

As we discussed yesterday, it doesn't make sense to delay this further. However, we are happy to send you a copy of the amended complaint for your review. We will assume you still oppose our motion to amend unless we hear otherwise from you.

Thanks,
Devon

---

**From:** Kathy Pickerelli <Kpickerelli@weiner.law>
**Sent:** Tuesday, September 14, 2021 11:34 AM
**To:** Staren, Devon <StarenD@sec.gov>; AGibbs@dickinson-wright.com; Miller, Gregory N <MillerGN@sec.gov>; JFrenkel@dickinson-wright.com
**Cc:** Donald A. Klein <dklein@weiner.law>
**Subject:** SEC v. Vuuzle, et al. /Modification of Pretrial Scheduling Order

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Per Jay V. Surgent, Esq.**

Devon,

   In follow-up to our discussions at the meet and confer yesterday, we will agree to a 30-day extension of the September 15, 2021 deadlines for the filing of motions to amend pleadings and to add new parties contained in the Pretrial Scheduling Order executed by Magistrate Judge Waldor on June 3, 2021, provided that we be given a copy of your proposed amended pleading 14 days before it is filed with your motion so that we can advise as to whether we will consent to or oppose your motion. Without receiving in advance a copy of your proposed amended pleading, we cannot consent and do oppose the motion.

   Jay

*Sent on behalf of Jay V. Surgent, Esq.  jsurgent@weiner.law.   If you need additional information, please contact Mr. Surgent directly 973-580-8042.*
========================================

1

Thank you.
Jay Surgent, Esq.
jsurgent@weiner.law
*973-580-8042*

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.