

350 S. Main Street, Suite 300
Ann Arbor, MI 48104-2131
Telephone: (734) 623-7075
Facsimile: (844) 670-6009
http://www.dickinsonwright.com

Aimee R. Gibbs
agibbs@dickinsonwright.com
(734) 623-1653

September 27, 2021

**Via ECF Filing**

The Hon. Cathy L. Waldor, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, NJ 07101

      Re:   *SEC v. Vuuzle Media Corp., et al.*
             Civil Action No. 2:21-cv-1226

Dear Magistrate Judge Waldor,

      As counsel for Defendant Vuuzle Media Corp., we submitted a letter on September 23, 2021 to the Court requesting that the return date for the Plaintiff's Motion for Preliminary Injunction be moved to the next cycle following the Court's ruling on Plaintiff's Motion to Amend in the interest of judicial economy. On September 23, 2021, the Plaintiff filed a response letter opposing our request.

      On September 24, 2021, the Court entered a text order rescheduling the status conference to October 4, 2021. Defendants' responsive briefing on the Motion to Amend is due October 4, 2021. Defendants' briefing on the Motion for Preliminary Injunction also is due October 4, 2021. We are now seeking clarification whether the Court is intending that the Defendants fully brief the Motion for Preliminary Injunction by October 4, 2021, in light of the Motion to Amend not having been briefed fully or ruled on.

      As stated previously, we were requesting that the return date on the Motion for Preliminary Injunction be adjourned until after the Motion to Amend is decided, which would also push back Defendants' briefing on same.

      Very truly yours,

      *Aimee R. Gibbs*

      Aimee R. Gibbs

ARG/jkt

4839-3171-6348 v1 [89868-2]