

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

**DIVISION OF
ENFORCEMENT**

**Devon Leppink Staren**
Trial Counsel
Direct Dial: (202) 551-5346
Email: starend@sec.gov

October 14, 2021

<u>**VIA ECF**</u>

The Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building Courthouse
50 Walnut Street, Room 4040, Courtroom 4C
Newark, NJ 07101

  Re: <u>SEC v. Vuuzle Media Corp., et al.; Case No. 2:21-cv-01226 (D.N.J.)</u>

Dear Judge Waldor:

  We write to present the following joint briefing schedule on the SEC's ability to share information pursuant to delegated authority as requested by your Honor during the hearing on October 12, 2021:

  <u>October 20, 2021</u> – SEC files its Memorandum in Further Support of its Motion for Protective Order;

  <u>October 27, 2021</u> – Vuuzle files its Opposition; and

  <u>November 1, 2021</u> – SEC files its Reply.

  The SEC has met and conferred with counsel for Vuuzle, who agrees with this proposed schedule. In addition, the parties will be available for any oral argument requested by the Court on a date to be scheduled by the Court.

Respectfully Submitted,

_/s/ Devon Staren_
Devon Leppink Staren
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202-551-5346
starend@sec.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2021, I served a copy of the foregoing upon all counsel of record using this Court's ECF system, and upon Defendant Flynn using the email rflynn48@gmail.com.

                                                                                        /s/ Devon Staren
                                                                                         Counsel for Plaintiff