

**UNITED STATES**
## SECURITIES AND EXCHANGE COMMISSION
**100 F Street, N.E.**
**Washington, D.C. 20549**

DIVISION OF
ENFORCEMENT

Devon Leppink Staren
Trial Counsel
Direct Dial: (202) 551-5346
Email: starend@sec.gov

February 15, 2022

**VIA ECF**

The Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building Courthouse
50 Walnut Street, Room 4040, Courtroom 4C
Newark, NJ 07101

     Re:    <u>SEC v. Vuuzle Media Corp., et al.; Case No. 2:21-cv-01226 (D.N.J.)</u>

Dear Judge Waldor:

We write to inform the Court that the United States Securities and Exchange Commission ("SEC") will not seek to keep sealed any portion of the Court's Opinion issued on February 14, 2022.  (Dkt. No. 82.)

Respectfully Submitted,

   */s/ Devon Staren*
Devon Leppink Staren
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202-551-5346
starend@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I served a copy of the foregoing upon all

counsel of record using this Court's ECF system, and upon Defendant Flynn using the email

rflynn48@gmail.com.

_____*/s/ Devon Staren*_____
Counsel for Plaintiff