

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E.
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

DEVON LEPPINK STAREN
TRIAL COUNSEL
DIRECT DIAL: (202) 551-5346
EMAIL: STAREND@SEC.GOV

February 28, 2022

**VIA ECF**

Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King Building Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    SEC v. Vuuzle Media Corp., et al.; Case No. 2:21-cv-01226 (D.N.J.)

Dear Sir or Madam:

      We write to request the issuance of summonses to the parties named by the United States Securities and Exchange Commission ("SEC") in the Amended Complaint filed on February 17, 2022. (Dkt. No. 86.) These parties are Defendants Vuuzle Media Corp., Vuuzle Media Corp. Limited, Ronald Shane Flynn, and Richard Marchitto, and Relief Defendant Vumu Music LLC.

      Respectfully Submitted,

      /s/ Devon Staren
Devon Leppink Staren
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202-551-5346
starend@sec.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2022, I served a copy of the foregoing upon all counsel of record using this Court's ECF system, and upon Defendant Flynn using the email rflynn48@gmail.com.

                                               */s/ Devon Staren*
                                             Counsel for Plaintiff