

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E.
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

DEVON LEPPINK STAREN
TRIAL COUNSEL
DIRECT DIAL: (202) 551-5346
EMAIL: STAREND@SEC.GOV

March 2, 2022

<u>**VIA ECF**</u>

The Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building Courthouse
50 Walnut Street, Room 4040, Courtroom 4C
Newark, NJ 07101

    Re:    <u>SEC v. Vuuzle Media Corp., et al.; Case No. 2:21-cv-01226 (D.N.J.)</u>

Dear Judge Waldor:

    We write to request leave, pursuant to your individual rules, to file a joint motion to extend discovery on behalf of the U.S. Securities and Exchange Commission and Defendants Vuuzle Media Corp. and Richard Marchitto. The parties have met and conferred and have come to agreement as to an amended discovery schedule.

    Respectfully Submitted,

    <u>/s/ Devon Staren</u>
Devon Leppink Staren
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202-551-5346
starend@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, I served a copy of the foregoing upon all counsel of record using this Court's ECF system, and upon Defendant Flynn using the email rflynn48@gmail.com.

                                                            */s/ Devon Staren*
                                                         Counsel for Plaintiff