UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>VUUZLE MEDIA CORP.,<br>RONALD SHANE FLYNN,<br>RICHARD MARCHITTO, and VUUZLE MEDIA CORP LIMITED,<br><br>*Defendants*,<br><br>and<br><br>VUMU MUSIC LLC,<br>*Relief Defendant*. | **Civil Action No. 2:21-cv-1226 (KSH) (CLW)** |

### NOTICE OF SERVICE OF SUMMONS ON DEFENDANTS VUUZLE MEDIA CORP. AND RICHARD MARCHITTO

On February 14, 2022, the Court granted the Plaintiff United States Securities and Exchange Commission's ("SEC") motion for leave to file its first amended complaint. (Dkt. No. 82.) On February 17, 2022, the SEC filed its first amended complaint. (Dkt. No. 86.) On February 28, 2022, the SEC filed a request for the issuance of summonses on Defendants Vuuzle Media Corp., Vuuzle Media

1

Corp. Limited, Ronald Shane Flynn, and Richard Marchitto, Relief Defendant Vumu Music LLC. (Dkt. No. 88).

The SEC hereby provides notice that it served a copy of the summons for Defendant Vuuzle Media Corp. on its counsel of record, Jacob Frenkel of Dickinson Wright PLLC, who agreed to accept service.

The SEC further provides notice that it served a copy of the summons for Defendants Richard Marchitto on his counsel of record, Donald Klein of Wiener Law Group LLP, who agreed to accept service.

Dated: March 3, 2022                                Respectfully submitted,


                                                        __*/s/ Devon Staren*_____
                                                      Devon L. Staren
                                                      Daniel J. Maher
                                                      U.S. SECURITIES AND EXCHANGE
                                                      COMMISSION
                                                      100 F Street, N.E.
                                                      Washington, DC 20549
                                                      Tel: (202) 551-5346 (Staren)
                                                      Tel: (202) 551-4737 (Maher)
                                                      StarenD@SEC.gov
                                                      MaherD@SEC.gov
                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, I served a copy of the foregoing upon all counsel of record using this Court's ECF system, and upon Defendant Flynn using the email rflynn48@gmail.com.

                                          _/s/ Devon Staren_
                                          Counsel for Plaintiff