## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:21-CV-1226 (KLW) (CLW)

Plaintiff:
**United States Securities and Exchange Commission**

vs.

Defendant:
**Vuuzle Media Corp.; et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Vumu Music LLC, Registered Agent: Harvard Business Services, Inc., 116192 Coastal Hwy, Lewes, DE 19958**.

I, Stephen Kempski, do hereby affirm that on the **8th day of March, 2022** at **8:40 am, I:**

Served Summons on Amended Complaint & Amended Complaint; Civil Cover Sheet personally to Allison Rathmanner as authorized recipient for the registered agent of Vumu Music LLC. Service occurred at 116192 Coastal Hwy, Lewes, DE 19958.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Stephen Kempski                   3-8-22
Process Server                    Date

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2022002087
Ref: 22-ENF-059

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

