

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E.
WASHINGTON, D.C. 20549

**DIVISION OF ENFORCEMENT**

DEVON LEPPINK STAREN
TRIAL COUNSEL
DIRECT DIAL: (202) 551-5346
EMAIL: STAREND@SEC.GOV

March 9, 2022

**VIA ECF**

The Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building Courthouse
50 Walnut Street, Room 4040, Courtroom 4C
Newark, NJ 07101

    Re:    <u>SEC v. Vuuzle Media Corp., et al.; Case No. 2:21-cv-01226 (D.N.J.)</u>

Dear Judge Waldor:

    Pursuant to your Text Order on March 7, 2022 (Dkt. No. 97), attached is a draft protective order containing the terms as to which the U.S. Securities and Exchange Commission and Defendant Vuuzle Media Corp. are in agreement.

    Respectfully Submitted,

    _/s/ Devon Leppink Staren_
Devon Leppink Staren
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202-551-5346
202-772-9244 (facsimile)
starend@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, I served a copy of the foregoing upon all counsel of record using this Court's ECF system, and upon Defendant Flynn using the email rflynn48@gmail.com.

 /s/ Devon Staren
Counsel for Plaintiff
