Jay V. Surgent, Esq.
Attorney ID #009631976
WEINER LAW GROUP LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438
Phone: (973) 403-1100  Fax: (973) 403-0010
Attorneys for Defendant Richard Marchitto
Our File No.: 23844
2296555_1.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VUUZLE MEDIA CORP., et al<br><br>Defendants. | Civil Action No. 2:21-cv-01226 (KSH-CLW)<br><br>Civil Action<br><br>CLERK'S ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), for a fourteen (14) day extension of time within which Defendant Richard Marchitto may answer, move, or otherwise reply to Plaintiff's First Amended Complaint. The First Amended Complaint was served by Summons upon Defendant Marchitto on March 3, 2022. No previous extensions of time have been sought by Defendant

Marchitto and the time to answer, move, or otherwise reply currently expires on March 24, 2022. Defendant Marchitto respectfully requests that the time within which the said Defendant may answer, move, or otherwise reply to Plaintiff's First Amended Complaint be extended to April 7, 2022.

**WEINER LAW GROUP LLP**
Attorneys for Defendant
Richard Marchitto

By: _____/s/ Jay V. Surgent_____
Jay V. Surgent
A Member of the Firm

Dated: March 23, 2022


The above application is _____. The time within which Defendant Richard Marchitto may answer, move, or otherwise reply to Plaintiff's First Amended Complaint is extended to April 7, 2022.


ORDER DATED_____

**WILLIAM T. WALSH, CLERK**


By:_____
Deputy Clerk

2