# EXHIBIT 1

عقود التأجير الخاصة ب / رونالد شانى فلين

| الاستخدام | رقم الوحدة | اسم المبنى | رقم المبنى | الرقم السداسي | رقم الأرض الفرعي | رقم الأرض | المنطقة | نوع العقار | حالة العقد | القيمة السنوية للعقد | قيمة العقد | تاريخ انهاء العقد | مدة العقد بالأشهر | تاريخ نهاية العقد | تاريخ بداية العقد | تاريخ التسجيل | رقم العقد |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| سكني | 1322 | المركز التجاري العالمي رزيدنس | 1 | 3360280 | 0 | 51 | المركز التجارى الثانيه | وحدة | ملغى | 140,000 | 140,000 | 01-10-2020 | 12 | 01-10-2020 | 02-10-2019 | 01-10-2019 | 0220191001008324 |
| سكني | 801 | بلتيس ريزيدنس 3 | 3 | 3817066 | 0 | 1990 | نخلة جميرا | وحدة | منتهي | 135,000 | 135,000 | 19-06-2021 | 12 | 19-06-2021 | 20-06-2020 | 10-06-2020 | 0120200610001937 |

____ _____ _____ _____ _____ ____ ____ Mr. Ronald Shane Flynn l...

| Mr. Ronald Shane Flynn lease contracts ||||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| the use | unit number | The building's name | building number | 6 digit number | sub land number | land number | Area | property type | Contract Status | Annual value of the contract | Contract Value | Contract expiry date | Contract duration in months | Contract end date | Contract starting date | date of registration | contract number |
| residential | 1322 | World Trade Center Residence | 1 | 3360280 | 0 | 51 | The second commercial center | Unit | canceled | 140,000 | 140,000 | 01-10-2020 | 12 | 01-10-2020 | 02-10-2019 | 01-10-2019 | 0220191001008324 |
| residential | 801 | Balqis Residence 3 | 3 | 3817066 | 0 | 1990 | Palm Jumeirah | Unit | Finished | 135,000 | 135,000 | 19-06-2021 | 12 | 19-06-2021 | 20-06-2020 | 10-06-2020 | 0120200610001937 |