# EXHIBIT 2

عقود التأجير الخاصة ب / رونالد شانى فلين

| الاستخدام | رقم الوحدة | اسم المبنى | رقم المبنى | الرقم السداسي | رقم الأرض الفرعي | رقم الأرض | المنطقة | نوع العقار | حالة العقد | القيمة السنوية للعقد | قيمة العقد | تاريخ انتهاء العقد | مدة العقد بالأشهر | تاريخ نهاية العقد | تاريخ بداية العقد | تاريخ التسجيل | رقم العقد |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| سكني | 403 | السلطانة | 1 | 3810000 | 0 | 1123 | نخلة جميرا | وحدة | معتمد | 187,000 | 187,000 | | 12 | 23-06-2022 | 24-06-2021 | 22-06-2021 | 0120210622000862 |

rptTenantRentContracts

____ _____ _____ ____ _____ ____ ____Mr. Ronald Shane Flynn lease ...

## Mr. Ronald Shane Flynn lease contracts

| the use | unit number | The building's name | building number | 6 Digit Number | sub land number | land number | Area | property type | Contract Status | Annual value of the contract | Contract Value | Contract expiry date | Contract duration in months | Contract end date | Contract starting date | date of registration | contract number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| residential | 403 | sultana | 1 | 3810000 | 0 | 1123 | Palm Jumeirah | unit | A certified | 187,000 | 187,000 | | 12 | 23-06-2022 | 24-06-2021 | 22-06-2021 | 012021062200 0862 |