# EXHIBIT 3

| | |
|---|---|
| **From:** | Ted Joseph |
| **To:** | Staren, Devon |
| **Subject:** | Fwd: From The Desk of the Founder of Vuuzle Film Productions, Ronnie Flynn |
| **Date:** | Monday, November 15, 2021 2:32:21 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ted Joseph

310-995-7509
Sent from my iPad Air

Begin forwarded message:

> **From:** Ronnie Shane <rflynn48@gmail.com>
> **Date:** November 15, 2021 at 10:47:07 AM PST
> **To:** Joshua Flynn <joshua@vuuzlelive.com>, Johnny Lamb <service_user_2000@yahoo.com>, Christopher Pettit <cp@vuuzlelive.com>, Joseph Bonica <JBONICA@vuuzlelive.com>, Che Carson <iamchecarson30@gmail.com>, Arcel Muldong <amuldong@vuuzlelive.com>, Sargon Malkey <sargonmalkey@gmail.com>, Tasha Rainey <adops@vuuzlelive.com>, Anders Alsing <a.alsing@telia.com>, Joseph Salvador <jsalvador@vuuzlelive.com>, Prophecy Onasis <ponasis@vuuzlelive.com>, Ronnie Lawson <rlawson@vuuzlelive.com>, Ted Joseph <tjoseph@vuuzlelive.com>, sebastian@app2008.com, Blake <btaylor@vuuzlelive.com>
> **Subject: Fwd: From The Desk of the Founder of Vuuzle Film Productions, Ronnie Flynn**
>
>
> SEE WHAT WE ARE DOING WITH OUR COMPANY
> ---------- Forwarded message ---------
> From: **Elena Gomez** <egomez@vuuzlelive.com>
> Date: Mon, Nov 15, 2021 at 10:44 PM
> Subject: From The Desk of the Founder of Vuuzle Film Productions, Ronnie Flynn
> To: Ronnie Shane <rflynn48@gmail.com>

SEC-JosephT-E-0000177



# From The Desk of the Founder of Vuuzle Film Productions Ronnie Flynn



Dear Shareholders,

### From The Desk of the Founder of Vuuzle Film Productions, Ronnie Flynn

SEC-JosephT-E-0000178



**EXAMPLE CLOUT 9 NFT**

Reason: AI, NFT, DATA, PPY AND ENTERTAINMENT

In our business today, the difference between success and failure often comes down to Vuuzle's ability to leverage our data. Data lets us understand our customers, our markets, our competition, and our own processes and operations. By applying analytics to this data – from basic business intelligence (BI) all the way up to cutting-edge artificial intelligence (AI) technologies like machine learning - we extract insights that help us drive growth, innovation, and efficiency.

Any business can work with data, but as with anything in life, the better prepared we are, and the more in-depth our understanding is of the platforms and processes involved, the better our results are likely to be. As they become more proficient at extracting insights and turning them into business growth, businesses move along what

SEC-JosephT-E-0000179

is often referred to as an "analytics journey," becoming more mature in their ability to deploy the technological infrastructure needed to make the magic happen.

The aim is to reach a level of maturity where the Vuuzle organization can really consider itself to be data-driven entertainment platform backed by Crypto and our new NFT which are non-fungible **tokens**, or more simply put NFTs, are pieces of digital content linked to the blockchain, the digital database underpinning cryptocurrencies such as bitcoin and Ethereum. Unlike NFTs, those assets are fungible, meaning they can be replaced or exchanged with another identical one of the same values, much like a dollar bill.

As you all Know I have worked with many businesses across many industries to help them along their chosen path, and it's my experience that while a lot of them like to say they are data-driven, or follow data-driven business practices, far fewer are at the stage where they can really apply data, at scale, throughout all of their organization. This means using it for all of the objectives listed above: Understanding customers, understanding their markets and competition, understanding their own internal operations and processes, and ultimately, using it to create better products and services. My point is we have won awards with what we are doing, and we have an existing studio and platform that is already scaling fast.

The journey at Vuuzle has been unique, and the way it's completed has garnered more than our desired outcomes, the strategic objectives of our business, and the resources – including skills – that are available. However, there are certainly some core principles that apply to the Vuuzle business setting out on our journey into the Crypto Markets.

### The semantic layer - giving data meaning

Firstly, it's important to understand that while data may be the fuel of the information age, when it comes to working with it at scale to drive organization-wide growth, it's not that useful on its own. We had to create and design and build a one-of-a-kind business model with our (Pay Per You) PPY. Moreover, we had to slowly roll out the Vuco crypto token as we melded all the operations together with proper licensing. Of course, that all can be seen on the *www.Vucocash.com* web site.

For a data strategy to be effective, a business needs to implement a "semantic layer" – a level of process that sits between the data and the people whose job it is to make decisions and helps them understand what the data is telling them. Our team in Ukraine and in Las Vegas our experts at this and those numbers have been calculated for reach and profitability.

Say you have a business that sells 100 different products, and you're able to measure how many of each item are

SEC-JosephT-E-0000180

sold. The person in charge of buying products might be able to use that information to make basic decisions about what stock is needed. But there's very little there that will give a marketing person a clue about what customers the business should be targeting with its advertising, and even less that will tell an HR person what employees the company should be hiring. We have. The data on sign in and will use the data for sales of NFT's and push our entertainment products to the right people. Additionally with our airdrops with tokens the elite are now surrendering one-of-a-kind photos and many other one offs that can be sold Via the new website that is coming online in a few days called VUCONFT.COM

In traditional BI, the solution can be as simple as creating charts and visualizations that put the data into context and highlight the key findings, along with the recommended course of action. However, with what we are doing we are creating TV shows and now painting and drawing and creating a new world that is totally virtual.

In more advanced cases, such as when we are looking towards using data at scale, organization-wide, to enable machine learning, the semantic layer needs to be tailored towards the specific user that the insights are intended for. These people – sales staff, marketing staff, HR staff – may very well not be data professionals themselves, but it's clear that they can benefit from having better access to data or, more precisely, better access to the insights it contains. An intelligent semantic layer imparts meaning to the data end-user in a way that is specifically helpful to them. With Vuuzle and the AI we are using it is one of a kind and very sought after. Remember our team won the brand blazer award for innovation with Verizon.

### Data for everyone

When planning data infrastructure, a guiding principle should be that all information, regardless of where it originates from in the business, needs to be accessible to the whole business. Traditionally, businesses have often fallen into the trap of keeping data "siloed" within the department or operation where it's generated. Without a unified structure – such as a data warehouse or data lake strategy – for storing information, it can end up stuck in databases or data formats that others who can benefit from it might not be able to use or access – or even know that it exists! So, lots of work has gone into protecting and filing data as well as bringing everything onto our new website.

To illustrate this, by using an analogy involving an elephant in a room full of people wearing blindfolds. With only their hands to work out what is in the room with them, one might feel the trunk and say, "It's a snake," another might feel the legs and say, "It's a tree trunk," and another might feel the tusks and say, "It's a spear."

Until they start putting together what they know, it's very difficult for any of them to tell what they are dealing with. That is why we have not rushed what we have built and took our time so the end results with a perfect

SEC-JosephT-E-0000181

information flow and data that can be used when mining meta.

In business, we often have marketing datasets, financial datasets, manufacturing datasets – all valuable within their own departments, but putting them together – breaking down siloes and taking a unified approach to data strategy – can potentially make them much more valuable to the business as a whole.

Two approaches to achieving this are known as the data warehouse and the data lake. To put it simply, a data warehouse is a unified repository for processed data, that conforms to standardized structure and labeling, ready for use in BI. What it is known as is a warehouse – and it is often the foundation of enterprise BI and analytics strategies. However, as a model, it isn't always flexible enough when it comes to handling the new and exotic types of unstructured data that the Vuuzle businesses needed to work on with today's projects.

 A data lake, on the other hand, is a unified repository for raw, generally unstructured data that data scientists might find any number of ongoing uses for. Today, Vuuzle likes to talk about an approach termed "PAY PER YOU" which attempts to build some of the architecture of the data warehouse model onto the data lake – thereby preventing it from becoming a "data swamp"!

### Use new types of data

Most businesses have some proficiency at getting insights from very straightforward, simple data, such as structured transactional data. But for the really valuable insights – the sort that can be a differentiator between an innovation leader and an also-ran in a competitive marketplace – we have to be a bit more adventurous these days and have been building our final version for the last 12 months which will soon be released!

Unstructured data is the sort of data that doesn't fit neatly into rows and columns of a traditional computer spreadsheet – it includes picture and video data, audio data such as recordings of conversations and telephone calls, and written text, like emails, customer comment slips, and even handwritten doctors' notes. Not to mention movies, TV shows artwork and our New NFT's.

Structuring this data in order to analyze it at scale involves working with advanced, AI-based technologies like computer vision and natural language processing. But considering that this type of data is the most abundant by far – accounting for over 80% of the data generated by our entertainment business – ignoring it means overlooking what is potentially your most valuable source of insights which most people are now focused on which is Vuco Coin.

SEC-JosephT-E-0000182

### Building a data culture

In these days of cloud platforms and services that can quickly be configured to fill just about any data requirements a business may have, getting the technology right is the easy part when it comes to leveraging data at scale.

Trickier is getting the human elements right – and this is where culture comes in. Building a data culture means creating an environment where everyone is a stakeholder in moving towards data-driven decision-making, innovation, and growth. Many well-intentioned data initiatives have run been grounded because of an insufficient level of buy-in – both at the executive leadership level or among the wider workforce which has to put them into action – or a lack of belief in the value it will bring.

Good ways to start making sure this culture is in place include making sure data is available to everyone and has meaning for everyone (as discussed above), as well as focusing on "quick win" initiatives that demonstrate value with a minimum of invested time and resources. Data infrastructure should be designed to facilitate a culture of experimentation and innovation at all levels, so employees can quickly test ideas and measure results, regardless of their role.

As the Founder of Vuuzle I can't say enough how proud I am of our teams. Moreover, I want to thank you as our pioneer shareholder for your continued support. As I always say and to be more precise. I have learned to make the world my office, the people my business and God my Boss.

The easiest way to think of *non-fungible tokens*, or **NFTs**, is as "digital art." NFTs take an image or piece of artwork and create a digital version of it that uses blockchain technology to give it a unique identification code. Blockchain is the same underlying technology that cryptocurrencies like Bitcoin are based on. Many people refer to NFTs as "cryptographic assets." And while all this may sound too high-tech for many readers, NFTs have proven to be extremely popular and valuable.

One NFT by digital artist Mike Winkelmann called "Beeple" *sold in a JPG file* at an online auction for *$69.3 million*. Jack Dorsey, the founder of Twitter, sold the *first ever Tweet* as an NFT for *$2.9 million* and donated the proceeds to charity. Love it or hate it, it looks like NFTs are growing in popularity.

SEC-JosephT-E-0000183

Regards,
**Ronnie Shane**

Got a question? Call 1-866-4VUUZLE (488-8953)

For more information, email Vuuzle Media Corp & Vuuzle.TV at support@vuuzletv.com and find out what we are doing and how you can become an investor partner with Vuuzle.TV

Facebook | Twitter | Instagram

--

--



**ELENA T. GOMEZ**
EXECUTIVE SECRETARY
FOUNDER'S OFFICE
US #: +1 202 738 4156
egomez@vuuzlelive.com

**CONNECT WITH US:**
**Corporate Website:** https://vuuzlemediacorp.com/
**Email:** support@vuuzletv.com | hello@vuuzlelive.com
**App Website:** https://vuuzle.tv/
**News Website:** https://vuuzletv.com/

**DOWNLOAD OUR APP:**
**Google Play Store:** https://play.google.com/store/apps/details?id=com.vuuzle
**App Store:** https://apps.apple.com/us/app/vuuzle/id1482499539

**FOLLOW US ON:**
**Facebook:** https://www.facebook.com/vuuzle/
**Twitter:** https://twitter.com/vuuzle_tv/
**Instagram:** https://www.instagram.com/vuuzle/

**VUUZLE MEDIA CORPORATION LIMITED**
USA • PHILIPPINES • DUBAI • INDONESIA • UKRAINE
**eFax:** +1 347 296 3515

**PARTNERS AND AFFILIATES**



SEC-JosephT-E-0000185



**NOTICE:** The information contained in this electronic transmission, including any and all attachments, is intended only for review and use by the individual(s) to whom the transmission is addressed, and may contain privileged and confidential information. If the reader of this transmission is not the intended addressee, you are hereby notified that any review, dissemination, distribution or copying of this transmission, or any attachments, is strictly prohibited. If you receive this transmission in error, please immediately notify the sender by reply email and destroy any and all electronic and paper copies. Thank you.



--
**Founder of Vuuzle Media Corp, and
Imagically LLC. Dreams for Life
Ronnie Shane**

The information contained in this electronic transmission, including any and all attachments, is intended only for review and use by the individual(s) to whom the transmission is addressed, and may contain privileged and confidential information. If the reader of this transmission is not the intended addressee, you are hereby notified that any review, dissemination, distribution or copying of this transmission, or any attachments, is strictly prohibited. If you receive this transmission in error, please immediately notify the sender by reply email and destroy any and all electronic and paper copies. Thank you.

SEC-JosephT-E-0000186

SEC-JosephT-E-0000187