UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>VUUZLE MEDIA CORP., VUUZLE MEDIA CORP. LIMITED, RONALD SHANE FLYNN, and RICHARD MARCHITTO,<br><br>*Defendants*,<br><br>-and-<br><br>VUMU MUSIC LLC,<br><br>*Relief Defendant*. | Civil Action No. 2:21-cv-1226 (KSH) (CLW) |

## [PROPOSED] ORDER AUTHORIZING SERVICE BY ALTERNATIVE MEANS

Plaintiff U.S. Securities and Exchange Commission (the "SEC") has moved for an order authorizing service of process of the SEC's Amended Complaint by alternative means on Defendant Ronald Shane Flynn. The Court has considered the SEC's motion, the memorandum of law in support thereof, and the Declaration of Drew Grossman and exhibits attached thereto. Based on the foregoing, the Court finds that good cause exists for authorizing alternative service and that the method of service proposed by the SEC is reasonably calculated, under all of the

circumstances, to apprise Flynn of the pendency of this action and the filing of an Amended Complaint and afford him an opportunity to present his defense.

THEREFORE, IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 4(f)(3), the SEC shall, within ten (10) days of the entry of this Order, send to Defendant Ronald Shane Flynn a copy of the Amended Complaint, Summons, and this Order, via email at the following address: rflynn48@gmail.com.

SO ORDERED.

Dated: _____              _____
                                    United States District Judge