

1825 I STREET, N.W., SUITE 900
WASHINGTON, DC 20006
TELEPHONE: (202) 457-0160
FACSIMILE: (202) 659-1559
http://www.dickinsonwright.com

JACOB S. FRENKEL* CHAIR, GOVERNMENT
INVESTIGATIONS AND SECURITIES ENFORCEMENT PRACTICE
JFrenkel@dickinsonwright.com
(202) 466-5953

*Admitted to practice in Maryland and Louisiana. Not admitted to practice in the District of Columbia.

March 30, 2022

<u>via ECF filing</u>
Hon. Cathy L. Waldor
United Stated Magistrate Judge
District of New Jersey, Newark Division
Martin Luther King Jr. Courthouse
50 Walnut St., Room 4040, Courtroom 4C
Newark, NJ  07101

      Case:   *SEC v. Vuuzle Media Corp., et al.*, Civil Action No. 2:21-cv-1226
      Re:   <u>Alternative Service of Process of Amended Complaint</u>

Dear Judge Waldor:

    With apologies to the Court, Vuuzle Media Corp. ("Vuuzle-US") did not intend to take a position on the Motion for Alternative Service of Process and presumed its silence would be interpreted as such.  Per the Court's specific request for a response, this confirms that Vuuzle-US takes no position on Plaintiff's Motion for Alternative Service of Process.

                Very truly yours,

                Jacob S. Frenkel

c: Hon. Judge Katharine S. Hayden, U.S.D.J. (via ECF filing)
   All Counsel of Record (via ECF filing)