UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>VUUZLE MEDIA CORP., VUUZLE MEDIA CORP. LIMITED, RONALD SHANE FLYNN, AND RICHARD MARCHITTO,<br><br>*Defendants*,<br><br>-and-<br><br>VUMU MUSIC LLC,<br><br>*Relief Defendant.* | Civil Action No. 2:21-cv-01226-KSH-CLW |

## ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Notice by Gregory N. Miller, counsel for Plaintiff Securities and Exchange Commission,

**IT IS HEREBY ORDERED** that the noticed request to withdraw is granted, and the appearance of Mr. Gregory N. Miller is withdrawn as of the date of this Order.

Date:  April 7, 2022         */s/ Cathy L. Waldor*
                              **CATHY L. WALDOR**
                              **UNITED STATES MAGISTRATE JUDGE**