## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>VUUZLE MEDIA CORP.,<br>VUUZLE MEDIA CORP. LIMITED,<br>RONALD SHANE FLYNN, and<br>RICHARD MARCHITTO,<br><br>*Defendants*,<br><br>-and-<br><br>VUMU MUSIC LLC,<br><br>*Relief Defendant*. | Civil Action No. 2:21-cv-1226 (KSH) (CLW) |

### NOTICE OF COMPLETION OF SERVICE BY ALTERNATIVE MEANS

On April 8, 2022, the Court granted the Plaintiff United States Securities and Exchange Commission's ("SEC") motion to serve the SEC's Complaint by alternative means upon Defendant Ronald Shane Flynn ("Flynn").  (Dkt. No. 118). The SEC hereby provides notice that on April 8, 2022 it twice emailed Flynn the Amended Complaint, Summons, and the April 8, 2022 Order to Flynn at rflynn48@gmail.com.  *See* Declaration of Drew Isler Grossman, filed herewith, at

¶ 3.  In response to both emails to Flynn, the SEC received an email stating that "Delivery has failed to these recipients or groups: rflynn48@gmail.com." *Id*. at ¶ 4.

Dated: April 14, 2022                    Respectfully submitted,

                                         */s/Daniel J. Maher*_____
                                         Devon L. Staren
                                         Daniel J. Maher
                                         U.S. SECURITIES AND EXCHANGE
                                         COMMISSION
                                         100 F Street, N.E.
                                         Washington, DC 20549
                                         Tel: (202) 551-5346 (Staren)
                                         Tel: (202) 551-4737 (Maher)
                                         StarenD@SEC.gov
                                         MaherD@SEC.gov
                                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I served a copy of the foregoing upon all counsel of record using this Court's ECF system, and upon Defendant Flynn using the email rflynn48@gmail.com.

_____/s/Daniel J. Maher_____
Counsel for Plaintiff