# EXHIBIT 1

# Grossman, Drew

| | |
|---|---|
| **From:** | Grossman, Drew |
| **Sent:** | Friday, April 8, 2022 3:09 PM |
| **To:** | 'rflynn48@gmail.com' |
| **Cc:** | Maher, Daniel; Staren, Devon |
| **Subject:** | U.S. Securities and Exchange Commission v. Vuuzle Media Corp. et al., Case No. 2:21-cv-01226 (D.N.J.) |
| **Attachments:** | Dkt. 118_2022.4.8 ORDER granting alternate service.pdf; Dkt 86_2022.02.17 AMENDED COMPLAINT.pdf; Dkt. 91_2022.3.2 Summons.pdf |

Mr. Ronald Shane Flynn:

Attached for service, please find the Summons and Amended Complaint filed against you by the United States Securities and Exchange Commission ("SEC") in the above-referenced case, which is currently pending in the United States District Court for the District of New Jersey. Please also find attached the Order of the Hon. Cathy L. Waldor, U.S.M.J., granting the SEC's motion to serve these documents upon you by email.

Very truly yours,
Drew

Drew Isler Grossman
Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5041
Ph: (202) 551-5558

This e-mail message (and any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon the message. If you have received this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.