# EXHIBIT 2

## Grossman, Drew

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@D2-IP01.SEC.GOV> |
| **To:** | rflynn48@gmail.com |
| **Sent:** | Friday, April 8, 2022 3:10 PM |
| **Subject:** | Undeliverable: U.S. Securities and Exchange Commission v. Vuuzle Media Corp. et al., Case No. 2:21-cv-01226 (D.N.J.) |

**Delivery has failed to these recipients or groups:**

rflynn48@gmail.com
A problem occurred while delivering your message to this email address. Try sending your message again. If the problem continues, please contact your email admin.

The following organization rejected your message: [142.250.102.26].


**Diagnostic information for administrators:**

Generating server: D2-IP01.SEC.GOV

rflynn48@gmail.com
[142.250.102.26]
Remote Server returned '554 5.0.0 <[142.250.102.26] #5.0.0 smtp; 5.1.0 - Unknown address error 550-"5.1.1 The email account that you tried to reach does not exist. Please try\n5.1.1 double-checking the recipient's email address for typos or\n5.1.1 unnecessary spaces. Learn more at\n5.1.1 https://support.google.com/mail/?p=NoSuchUser h2-20020a1709063c0200b006dfad220facsi1407960ejg.474 - gsmtp" (delivery attempts: 0)>'

Original message headers:

```
X-IronPort-AV: E=McAfee;i="6400,9594,10311"; a="100653834"
X-IronPort-AV: E=Sophos;i="5.90,245,1643691600";
   d="pdf'?scan'208,217";a="100653834"
X-IronPort-DK-Sig: SEC_GOV
Received: from d2-fw-dz-ha-eth1-9.sec.gov (HELO sec.gov) ([172.24.44.34])
  by D2-IP01.SEC.GOV with ESMTP/TLS/ECDHE-RSA-AES256-GCM-SHA384; 08 Apr 2022 15:09:31 -0400
Received: from D2-WP-16EXCH07.AD.SEC.GOV (172.24.1.141) by
 D2-WP-16EXCH10.AD.SEC.GOV (172.24.1.144) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.1.2308.27; Fri, 8 Apr 2022 15:09:30 -0400
Received: from D2-WP-16EXCH07.AD.SEC.GOV ([fe80::a8c7:e403:e9ed:d14b]) by
 D2-WP-16EXCH07.AD.SEC.GOV ([fe80::a8c7:e403:e9ed:d14b%2]) with mapi id
 15.01.2308.027; Fri, 8 Apr 2022 15:09:30 -0400
From: "Grossman, Drew" <grossmandr@SEC.GOV>
To: "rflynn48@gmail.com" <rflynn48@gmail.com>
CC: "Maher, Daniel" <MaherD@SEC.GOV>, "Staren, Devon" <StarenD@sec.gov>
Subject: U.S. Securities and Exchange Commission v. Vuuzle Media Corp. et al.,
 Case No. 2:21-cv-01226 (D.N.J.)
```

1

```
Thread-Topic: U.S. Securities and Exchange Commission v. Vuuzle Media Corp. et
 al., Case No. 2:21-cv-01226 (D.N.J.)
Thread-Index: AdhLeiJ0jcQD2kX2SW2PE4CRuzUO5g==
Date: Fri, 8 Apr 2022 19:09:30 +0000
Message-ID: <51749911b0b740b8bd8f07dbdc497372@SEC.GOV>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [172.25.196.30]
Content-Type: text/plain
MIME-Version: 1.0
```