UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>VUUZLE MEDIA CORP., RONALD SHANE FLYNN, AND RICHARD MARCHITTO,<br><br>*Defendants*. | Civil No.: 21-cv-1226 (KSH) (CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the appeal (D.E. 107) filed by defendant Vuuzle Media Corp. from the opinion (D.E. 82) and protective order (D.E. 100) of Magistrate Judge Cathy L. Waldor; and the Court having considered the parties' submissions (D.E. 103, 107, 120); and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 19th day of April, 2022,

**ORDERED** that the appeal (D.E. 107) is **DENIED**, and Judge Waldor's opinion (D.E. 82) and protective order (D.E. 100) are affirmed.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1