UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>VUUZLE MEDIA CORP., VUUZLE MEDIA CORP. LIMITED, RONALD SHANE FLYNN, and RICHARD MARCHITTO,<br><br>*Defendants*,<br><br>-and-<br><br>VUMU MUSIC LLC,<br><br>*Relief Defendant*. | Civil Action No. 2:21-cv-1226 (KSH) (CLW) |

## NOTICE OF COMPLETION OF SERVICE ON VUUZLE MEDIA CORP. LIMITED

Pursuant to Fed. R. Civ. P. 4(h)(2) and 4(f)(3), and this Court's Order dated April 8, 2022 (Dkt. No. 118), the SEC hereby provides notice that on April 18, 2022 it emailed Defendant Ronald Shane Flynn ("Flynn"), Founder and Manager of Vuuzle Media Corp. Limited, the Summons for Vuuzle Media Corp. Limited and the Amended Complaint. *See* Declaration of Drew Isler Grossman, filed

1

herewith, at ¶ 2.  In response to this email, the SEC received an email stating that "Delivery has failed to these recipients or groups: rflynn48@gmail.com." *Id*. at ¶ 3.

Dated: April 20, 2022				Respectfully submitted,


						 */s/ Devon L. Staren*
						Devon L. Staren
						Daniel J. Maher
						U.S. SECURITIES AND EXCHANGE COMMISSION
						100 F Street, N.E.
						Washington, DC 20549
						Tel: (202) 551-5346 (Staren)
						Tel: (202) 551-4737 (Maher)
						StarenD@SEC.gov
						MaherD@SEC.gov
						*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I served a copy of the foregoing upon all counsel of record using this Court's ECF system, and upon Defendant Flynn using the email rflynn48@gmail.com.

          */s/Devon Staren*
          Counsel for Plaintiff