# EXHIBIT 1

| | |
|---|---|
| **From:** | Grossman, Drew |
| **To:** | "rflynn48@gmail.com" |
| **Cc:** | Maher, Daniel; Staren, Devon |
| **Subject:** | U.S. Securities and Exchange Commission v. Vuuzle Media Corp. et al., Case No. 2:21-cv-01226 (D.N.J.) |
| **Date:** | Monday, April 18, 2022 3:49:05 PM |
| **Attachments:** | Dkt 86_2022.02.17 AMENDED COMPLAINT.pdf |
| | Dkt. 91_2022.3.2 Summons_Vuuzle UAE.pdf |

To:   Vuuzle Media Corp Limited
     c/o Ronald Shane Flynn, Founder and Manager
     rflynn48@gmail.com

A lawsuit has been filed against you by the United States Securities and Exchange Commission in the U.S. District Court for the District of New Jersey.  Attached for service, please find (1) a Summons, and (2) a copy of the Amended Complaint filed against you in this matter.

Very truly yours,
Drew