UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>VUUZLE MEDIA CORP., VUUZLE MEDIA CORP. LIMITED, RONALD SHANE FLYNN, and RICHARD MARCHITTO,<br><br>*Defendants*,<br><br>-and-<br><br>VUMU MUSIC LLC,<br><br>*Relief Defendant.* | **Civil Action No. 2:21-cv-1226 (KSH) (CLW)** |

## REQUEST TO THE CLERK OF COURT FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("SEC") hereby requests the Clerk of Court to enter defaults against each of the following defendants and relief defendant in this case:

1. Defendant Ronald Shane Flynn
2. Defendant Vuuzle Media Corp., Limited
3. Defendant Richard Marchitto
4. Relief Defendant Vumu Music LLC

      The accompanying declaration of Daniel J. Maher is submitted in support of this application.

Dated:  May 16, 2022                            Respectfully submitted,

                                                          */s/ Daniel J. Maher*
                                                           Devon Staren
                                                           Daniel J. Maher
                                                           Attorneys for Plaintiff
                                                           U.S. Securities and Exchange Commission
                                                           100 F Street NE
                                                           Washington, DC 20549
                                                           (202) 551-5346 (Staren)
                                                           starend@sec.gov
                                                           (202) 551-4737 (Maher)
                                                           maherd@sec.gov

Of Counsel:

Drew Isler Grossman
U.S. Securities and Exchange Commission
100 F. Street N.E.
Washington DC 20549

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I served a copy of the foregoing upon all counsel of record using this Court's ECF system, upon Defendant Flynn using the email rflynn48@gmail.com, and upon Defendant Vuuzle Media Corp. Limited and Relief Defendant Vumu Music LLC via their control person Ronald Shane Flynn at the email rflynn48@gmail.com.

*/s/ Devon L. Staren*
Counsel for Plaintiff
