UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>**VUUZLE MEDIA CORP., VUUZLE MEDIA CORP LTD., RONALD SHANE FLYNN, AND RICHARD MARCHITTO,**<br><br>*Defendants*, and<br><br>**VUMU MUSIC LLC,**<br><br>*Relief Defendant.* | Civil Action No. 2:21-cv-1226 (KSH) (CLW) |

**CERTIFICATE OF SERVICE**

I, Jacob S. Frenkel, counsel for Defendant Vuuzle Media Corp., hereby certify that, on June 22, 2022, I served on Mr. John Lamb, an authorized officer of Defendant Vuuzle Media Corp., via e-mail to the e-mail address "███***███@yahoo.com", which e-mail address is known to me for Mr. Lamb, a copy of Dickinson Wright PLLC's (i) Motion For Leave To Withdraw As Counsel to Vuuzle Media Corp., (ii) Memorandum In Support Of Motion For Leave To Withdraw As Counsel, and (iii) Proposed Order [DE 130] on Vuuzle Media Corp. I did not send a copy by United States Mail because counsel's information is that Vuuzle Media Corp. no longer is an operating company and maintains no address in the United States. Mr. Lamb resides and works principally in the Philippines.

I further certify that, on June 23, 2022, I received via e-mail from Mr. Lamb written confirmation that he received the foregoing filings.

A copy of the within Certificate of Service will be sent by email to counsel for all parties by operation of the Court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  June 23, 2022

**DICKINSON WRIGHT, PLLC**

*s/ Jacob S. Frenkel*
Melissa A. Alcantara, Esq.
  (NJ Attorney ID No. 014002004)
Jacob S. Frenkel, Esq.
Seth B. Waxman, Esq.
Aimee R. Gibbs, Esq.
1825 I Street, Suite 900
Washington, DC 20006
Tel. (202) 466-5953
malcantara@dickinsonwright.com
jfrenkel@dickinsonwright.com
swaxman@dickinsonwright.com
agibbs@dickinsonwright.com

*Attorneys for Vuuzle Media Corp.*