

1825 I Street, N.W., Suite 900
Washington, DC 20006
Telephone: (202) 457-0160
Facsimile: (202) 659-1559
http://www.dickinsonwright.com

Jacob S. Frenkel* Chair, Government Investigations and Securities Enforcement Practice
JFrenkel@dickinsonwright.com
(202) 466-5953

*Admitted to practice in Maryland and Louisiana. Not admitted to practice in the District of Columbia.

June 30, 2022

via ECF filing
Hon. Cathy L. Waldor
United Stated Magistrate Judge
District of New Jersey, Newark Division
Martin Luther King Jr. Courthouse
50 Walnut St., Room 4040, Courtroom 4C
Newark, NJ  07101

      Case:  *SEC v. Vuuzle Media Corp., et al.*, Civil Action No. 2:21-cv-1226
      Re:    Confirmation of Notification of Withdrawal Motion Hearing

Dear Judge Waldor:

    Per the Court's request, please find attached confirmation by Vuuzle Media Corp. ("Vuuzle-US"), through John Lamb, of its receipt of notice of the July 25, 2022 hearing on Counsel's Motion to Withdraw.

                             Very truly yours,

                               Jacob S. Frenkel

c: Hon. Judge Katharine S. Hayden, U.S.D.J. (via ECF filing)
   All Counsel of Record (via ECF filing)

ARIZONA   CALIFORNIA   FLORIDA   ILLINOIS   KENTUCKY   MICHIGAN   NEVADA   OHIO   TENNESSEE   TEXAS   WASHINGTON DC   TORONTO