## Jacob S. Frenkel

| | |
|---|---|
| **From:** | john lamb <***@yahoo.com> |
| **Sent:** | Tuesday, June 28, 2022 3:11 PM |
| **To:** | Jacob S. Frenkel |
| **Cc:** | Aimee R. Gibbs; Alan J. Perlman; Patrick J. Masterson |
| **Subject:** | EXTERNAL: Re: Noon EDT - 25 July - Required Zoom attendance: Activity in Case 2:21-cv-01226-KSH-CLW U.S. SECURITIES AND EXCHANGE COMMISSION v. VUUZLE MEDIA CORP. et al Order |

Hello Jacob I acknowledge receipt of the message

On Tuesday, 28 June 2022, 23:08:37 GMT+4, Jacob S. Frenkel <jfrenkel@dickinson-wright.com> wrote:

John,

I am re-sending the message below asking that you please acknowledge receipt of the message. We certainly understand that you may be participating via Zoom from the Philippines.

Thank you.

Jacob

**Jacob S. Frenkel**

Member

Chair, Government Investigations and Securities Enforcement Practice

| | | |
|---|---|---|
| International Square<br>1825 Eye St. N.W.<br>Suite 900<br>Washington, D.C. 20006 | Phone | 202-466-5953 |
| | Mobile | 240-417-8496 |
| | Fax | 844-670-6009 |
| | Email | JFrenkel@dickinsonwright.com |



DICKINSON WRIGHT PLLC
ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

Admitted to practice in Maryland and Louisiana. Not admitted to practice in the District of Columbia.

**From:** Jacob S. Frenkel
**Sent:** Tuesday, June 28, 2022 11:46 AM
**To:** John Lamb <***@yahoo.com>
**Cc:** Aimee R. Gibbs <AGibbs@dickinson-wright.com>; Alan J. Perlman <APerlman@dickinson-wright.com>; Patrick J. Masterson <PMasterson@dickinson-wright.com>

1

**Subject:** FW: Noon EDT - 25 July - Required Zoom attendance: Activity in Case 2:21-cv-01226-KSH-CLW U.S. SECURITIES AND EXCHANGE COMMISSION v. VUUZLE MEDIA CORP. et al Order

Good morning (from the US) (or evening in the Philippines), John,

Please see below and acknowledge receipt.  As I wrote below, your participation is essential.  Thank you.

Jacob

---

**From:** Jacob S. Frenkel
**Sent:** Monday, June 27, 2022 1:36 PM
**To:** John Lamb <***@yahoo.com>
**Cc:** Aimee R. Gibbs <AGibbs@dickinson-wright.com>; Alan J. Perlman <APerlman@dickinson-wright.com>; Patrick J. Masterson <PMasterson@dickinson-wright.com>
**Subject:** Noon EDT - 25 July - Required Zoom attendance: Activity in Case 2:21-cv-01226-KSH-CLW U.S. SECURITIES AND EXCHANGE COMMISSION v. VUUZLE MEDIA CORP. et al Order

John,

Please see below and acknowledge receipt.  Your participation is essential.  Thank you.

Jacob

---

**From:** njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov>
**Sent:** Monday, June 27, 2022 12:39 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** EXTERNAL: Activity in Case 2:21-cv-01226-KSH-CLW U.S. SECURITIES AND EXCHANGE COMMISSION v. VUUZLE MEDIA CORP. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 6/27/2022 at 12:39 PM EDT and filed on 6/27/2022

| | |
|---|---|
| **Case Name:** | U.S. SECURITIES AND EXCHANGE COMMISSION v. VUUZLE MEDIA CORP. et al |
| **Case Number:** | 2:21-cv-01226-KSH-CLW |
| **Filer:** | |
| **Document Number:** | 133(No document attached) |

**Docket Text:**
**TEXT ORDER: The Court will conduct a hearing via Zoom on 7/25/22 at 12pm to address counsels motion to withdraw (ECF No. 130). Counsel will inform their clients of the date of hearing for the motion to withdraw and the purpose of the hearing and docket proof of notification. CLIENTS MUST APPEAR ON ZOOM HEARING.. So Ordered by Magistrate Judge Cathy L. Waldor on 6/27/22. (tjg, )**

**2:21-cv-01226-KSH-CLW Notice has been electronically mailed to:**

DANIEL JOSEPH MAHER     maherd@sec.gov

DEVON STAREN     starend@sec.gov

DONALD A. KLEIN     dklein@weiner.law, mcook@weiner.law

DREW ISLER GROSSMAN     grossmandr@sec.gov

JAY V. SURGENT     jsurgent@weiner.law

MELISSA ANN ALCANTARA     malcantara@dickinsonwright.com, alcantam08@gmail.com

**2:21-cv-01226-KSH-CLW Notice has been sent by regular U.S. Mail:**

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.