

1825 I Street, N.W., Suite 900
Washington, DC 20006
Telephone: (202) 457-0160
Facsimile: (202) 659-1559
http://www.dickinsonwright.com

Jacob S. Frenkel* Chair, Government
Investigations and Securities Enforcement Practice
JFrenkel@dickinsonwright.com
(202) 466-5953

*Admitted to practice in Maryland and Louisiana. Not admitted to practice in the District of Columbia.

July 6, 2022

<u>via ECF filing</u>
Hon. Cathy L. Waldor
United Stated Magistrate Judge
District of New Jersey, Newark Division
Martin Luther King Jr. Courthouse
50 Walnut St., Room 4040, Courtroom 4C
Newark, NJ  07101

      Case:  *SEC v. Vuuzle Media Corp., et al.*, Civil Action No. 2:21-cv-1226
      Re:    <u>Declaration of John R. Lamb Regarding Counsel Withdrawal</u>

Dear Judge Waldor:

    John R. Lamb, former Chief Executive Officer of Vuuzle Media Corp. ("Vuuzle-US"), has requested filing of the accompanying Declaration in connection with the July 25, 2022 hearing on Counsel's Motion to Withdraw. The Declaration acknowledges Vuuzle-US's receipt and understanding of the Motion and reflects Vuuzle-US's explanation, recognition of the withdrawal, and efforts to secure replacement counsel.

                      Very truly yours,

                      Jacob S. Frenkel

c: Hon. Judge Katharine S. Hayden, U.S.D.J. (via ECF filing)
   All Counsel of Record (via ECF filing)