UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>vs.<br><br>VUUZLE MEDIA CORP., VUUZLE MEDIA CORP LTD., RONALD SHANE FLYNN, AND RICHARD MARCHITTO,<br><br>*Defendants*, and<br><br>VUMU MUSIC LLC,<br><br>*Relief Defendant.* | Civil Action No. 2:21-cv-1226 (KSH) (CLW) |

## ORDER GRANTING WITHDRAWAL AS COUNSEL TO VUUZLE MEDIA CORP.

Upon Notice filed by Melissa Ann Alcantara, Jacob S. Frenkel, Seth B. Waxman, and Aimee R. Gibbs, attorneys with Dickinson Wright PLLC ("Dickinson Wright"), seeking leave of this Court to withdraw as counsel for Defendant Vuuzle Media Corp. ("Vuuzle-US") pursuant to Local Rules 101.1(c)(5) and 102.1,

**IT IS HEREBY ORDERED** that the noticed request to withdraw is granted, and the appearances of Melissa Ann Alcantara, Jacob S. Frenkel, Seth B. Waxman, and Aimee R. Gibbs are withdrawn as of the date of this Order; and

**IT IS HEREBY FURTHER ORDERED** that the current discovery deadlines shall be extended by 45 days to allow Vuuzle-US to seek replacement counsel.

Date: _____

s/Cathy L. Waldor 7/25/22
Hon. Cathy L. Waldor
United States Magistrate Judge