November 5, 2022

From:
Richard Marchitto
77 Fallen Timbers Trail
Rockaway, NJ 07866
MarchittoR@aol.com
973-493-2619

To:
United States
District Court of NJ Newark Division

Dear Honorable Hadyen and Honorable Haydor,

I am writing to the court in response to a default judgment filed by the SEC: Civil action No: 2:21-CO 1226 (KSH) Received on November 2, 2022.

I contest this judgment to be arbitrary, capricious and without substantial merit. The documentation that was presented to the court by my attorney does not substantiate this judgment. Furthermore, I was never involved personally in any stock certificates, selling, or talking to potential clients to sell certificates.

I am asking the court to allow me time to provide additional information to set aside this default judgment and the time to secure the funding I need to hire an attorney to represent me.

Sincerely,

*Richard Marchitto*

Richard Marchitto

RICHARD MARCHITTO
77 FALLEN TIMBERS TRL.
ROCKAWAY, NJ 07866

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2022 NOV 17 A 11: 23

50 Walnut

CERTIFIED MAIL
7018 1130 0001 9959 9830

Att: Hon. Katharin Hayden
U.S. District Court
District of NJ - Frank R. Lautenberg
U.S. P.O. & Courthouse Bldg.
2 Federal Square
Newark NJ

U.S. POSTAGE PAID
FCM LETTER
WHARTON, NJ
07885
NOV 09, '22
AMOUNT
$7.85
R2305H126843-03