January 17, 2023

Richard Marchitto 77 Fallen Timbers Trail Rockaway, NJ 07866
MarchittoR@aol.com 973-493-2619

RE: District Court Newark, NJ
File NO. 2:21-CU-01226 (KSH) (CLW)

To Hon. Judge Katharine S. Hayden and District Court,

Please allow this update and statements to be added to the district court records and to the SEC's proposed default judgment.

I have had numerous free consultations with attorneys. Some do not handle SEC civil cases. They require large retainer fees that I can not afford. I have also sent an email to D. Woodbury, Morris County Bar, asking for assistance (which is enclosed) in this communication. I tried using search engines like Theruo.com and called the lawyer. This ordeal has increased my anxiety, created unnatural sleep patterns, affects my diabetes and affected my impeccable reputation in the dental community.

As a result, I am requesting a continuance to give me more time to secure funds and legal counsel. Additionally, in reviewing the complaint, there are many misrepresentations and accusations that I would like to correct and explain through the following points below and for the court records at this time.

1. My venue was never in marketing or securing clients to participate in the sale of certificates. I never misled any person seeking certificates.
2. My job description was in a banking capacity. Which means to pay bills. I received money and it was deposited in the corporate account. When I received the documents of qualified clients, they were sent to the main office in the Philippines to be produced. It was not in my venue to send certificates to clients.
3. I had no legal connection to Vuuzle, UAE.
4. In its legitimacy, Vuuzle Media Corp. was awarded the Brand Blazer Award by Verizon in 2021.
5. A physical movie studio was built in Dubai. The stages of construction from start to finish were posted on the internet for public viewing. This location enables the company the ability to stream news, events, movies, documentaries, and tv shows. Here is one of many links to view the studio https://youtu.be/ihZ1tsrByCI
6. A physical office for Vuuzle Media Corp. was established in NYC and was not a virtual office. The address was 42 Broadway Suite 117 12th floor, New York City, NY, 10004
7. It is my position that scienter is not applicable in this complaint. Therefore securities rule a:9-50 - Aiding or abetting violation is not applicable in this matter. By definition, securities rule a:9-50 states any person who shall knowingly aid or abet another in the violation of any provision of this act shall also be adjudged a disorderly person and punishable in the same manner as the violation aided or abetted. In contract to this definition. I did not knowingly defraud or deceive anyone including and through any form of misrepresentation of facts or materials as well as in respect to the sale or purchase of securities. This is demonstrated by the aforementioned points as well as

my role and function in the company. In addition, in contrast to security fraud as described by the American Bar Association and Federal Bureau of Investigation.  There was no intentional misrepresentation or omission of materials, information in connection with the sale or purchase of securities or certificates. It was not in my venue to contact anyone for the purpose of selling certificates or securities. It was only as described in number 2 above.

8. Mr. Flynn was added to the Chase Bank account only due to my ill health, stroke, and hospitalization to allow the company to remain solvent, and for no other reason.
9. Mr. Anderson's fraud examiner's report fails to mention that I put over $200,000 of personal funds which were derived from my dental income and my parents' will. This was to ensure the company's growth and secure my retirement benefits.  This is documented on my IRS tax returns and the company's Chase bank account statements. These documents were already received by the court via subpoena.  This is demonstrated by the fact I have no money to pay lawyer fees and live a very modest lifestyle.
10. Vuco Gold LLC. opened on December 21, 2021 and dealt with NFT purchases, but never dealt in securities, and had no connection to Vuuzle Media Corp.
11. The presented exhibits do not show the intent of the wires. The purpose of the wires was to pay expenses of the company as documented by the businesses bank account records subpoenaed by the SEC.
12. I was not involved in so-called unverified boiler room activities.  This is demonstrated by my venue in number 2 above.
13. Vuuzle Media Corp. was never found to be guilty of any of the SEC complaints through a trial. A default judgment was entered due to non payment of attorney fees. As a result the company could not continue their defense to prove their innocence.

Finally, I beg the court's indulgence to accept my statements as true and to the best of my knowledge. I ask for leniency to understand I have no professional training in a civil lawsuit. My purpose is to ensure my innocence and for the truth to be told. Therefore, I am asking the court to scrutinize the legality of the SEC's accusations and claims laid against me as a relief defendant in light of the points noted herein. It is my position that the SEC did not verify their complaints to be just and correct. They did not meet or satisfy the 51% maleficence of actions to secure the granting by the court for this default judgment. Consequently, the SEC is not entitled to any disgorgement of funds to be returned. All funds were legally obtained in the bank account as shown in my evidence to support my statements.

Sincerely,

*[signature]*

Richard Marchitto, DMD



1/16/23, 1:25 PM — (115 unread) - marchittor@aol.com - AOL Mail

Find messages, documents, photos or peo   Advanced

Compose

Today on AOL

Inbox
Unread  115
Starred
Drafts  61
**Sent**
Spam
Trash

∧ Less

Views  Hide
📷 Photos
📄 Documents
✈ Travel

Folders  Hide
+ New Folder
> Saved Mail
Archive
M M. M. M M. Am M...
New Folder
Notebook

← Back   ↰ Move   🗑 Delete   ⊘ Spam   ••• More   AoL/Sent ⭐

**Hello need ur help**

RM   **RICHARD MARCHITTO** <marc   Fri, Dec 23, 2022 at 4:40 PM ⭐
To: dwoodbury@morriscountybar.
Bcc: marchittor@aol.com

My name is Richard Marchitto .I am desperately seeking legal counsel for a civil case the SEC has filed against me. And asked  for  unsubstantiated amount
In default payments.I have  submitted all tax returns  to the
Court and  shown they were all submitted yearly to the Internal Revenue Service.

I am a 74 year old man ;and trying to prove my innocence and paid over 100 thousand in legal fees leading to the default judgment.  I went in front of the judge and allowed the attorney to be removed for lack of back payment  of legal fees .I am a type 2 diabetic.I am so far behind In my mortgage and credit cards payments and personal loans .I had to hire a law group to handle this situation .If can't get help ,my home could be taken away.My personal bank account would be in jeopardy. I am at loss at this point as how to prove my innocence.The judge as not signed the default judgement at present and has given me limited time to establish Professional council.Thank you for ur help to find to a solution in this matter.
Richard Marchitto. 77 FallenTimbers Trl. Rockaway NJ 07866 tel. 973 493 2619
Sent from my iPhone

Reply, Reply All or Forward

https://mail.aol.com/d/folders/2/messages/ADl7VbULZsnCY6YgUAIHiIhsB3Y