## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VUUZLE MEDIA CORP., et al.,<br><br>Defendants. | <u>Civil Action No. 2:21-cv-01226-KSH-CLW</u><br><br><u>ORDER</u> |

For good cause shown, the Court grants defendant Richard Marchitto's ("Marchitto") extension request (ECF No. 147). Marchitto shall either oppose the SEC's motion for default judgment or have an attorney enter a notice of appearance on his behalf by March 24, 2023.

The Clerk's office is kindly requested to transmit a copy of this Order to Marchitto via email and regular mail.

Dated: January 24, 2023

*/s/ Cathy L. Waldor*
Cathy L. Waldor, U.S.M.J.
