UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>VUUZLE MEDIA CORP., VUUZLE MEDIA CORP. LIMITED, RONALD SHANE FLYNN, AND RICHARD MARCHITTO,<br><br>*Defendants*,<br><br>and<br><br>VUMU MUSIC LLC,<br><br>*Relief Defendant*. | Civil No.: 21-cv-1226 (KSH) (CLW)<br><br>**ORDER** |

The Court is in receipt of a letter dated January 6, 2024 from individual defendant Richard Marchitto, filed as D.E. 157, seeking relief from a final Order and Judgment (D.E. 156) requiring in part that Marchitto pay plaintiff U.S. Securities and Exchange Commission ("SEC") disgorgement and civil penalties. In essence, Marchitto asks this Court to deem his disgorgement liability satisfied in full.

By way of background, in a written opinion (D.E. 155) filed June 22, 2023, this Court granted the SEC's motion to enter default judgment against all defendants based on a fraudulent securities scheme. On the SEC's sufficient showing of Marchitto's net profits of $289,040.00 in investor proceeds, his use of $72,779.00 in investor funds to pay personal expenses, and his receipt of $103,000.00 in investor proceeds transferred from overseas entities to his personal account, the Court found Marchitto liable to pay $464,819.00 in

disgorgement, along with $12,974.31 in pre-judgment interest and $31,080.00 in civil penalties—a total of $508,873.31.

Attached to Marchitto's letter is an unsigned settlement agreement that provides that Marchitto will relinquish administrative claims to $200,180.28 in funds seized by the FBI that are the subject of forfeiture proceedings. In exchange, according to the agreement, the FBI will transfer the seized money to the SEC which in turn will apply the funds towards Marchitto's total liabilities under the Order and Judgment (D.E. 156).

Marchitto's submissions do not comply with New Jersey Federal Practice Rules 7.1 and 7.2 that govern formal motion practice, and the Court declines to construe these submissions as a letter motion requiring a ruling. At best what he has sent the Court advises that a portion of what he owes the SEC may be in the process of being satisfied. No action need be taken and the Court will not disturb its reasoned decision imposing judgment on Marchitto.

Good cause appearing,

**IT IS,** on this 8th day of February, 2024,

**ORDERED** that the terms of the Order and Judgment (D.E. 156) remain in full force and effect.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.